APPEAL, PS2, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:09−cv−00844−ZLW

Cohen v. Delong et al
Assigned to: Judge Zita L. Weinshienk
Case in other court:  USCA, 09−01218
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 04/13/2009
Date Terminated: 05/04/2009
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Solomon Ben−Tov Cohen**

represented by **Solomon Ben−Tov Cohen**
#0016519
Park County Detention Facility
P.O. Box 965
Fairplay, CO 80440
PRO SE

V.

**Defendant**

**Isaac Delong**
*Special Agent, F.B.I., Los Angeles, CA*

**Defendant**

**Federal Bureau of Investigation −
California**
*Los Angeles, State of California*

**Defendant**

**Federal Bureau of Investigation −
Colorado**
*Denver, State of Colorado*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/13/2009 | 3 | 3 | Prisoner COMPLAINT against Isaac Delong, Federal Bureau of Investigation(Los Angeles, State of California), Federal Bureau of Investigation(Denver, State of Colorado), filed by Solomon Ben−Tov Cohen.(jak, ) (Entered: 04/14/2009) |
| 04/13/2009 | 4 | 58 | MOTION to Appoint Counsel by Plaintiff Solomon Ben−Tov Cohen. (jak, ) (Entered: 04/14/2009) |
| 04/13/2009 | 5 | 68 | LETTER regarding filings and requesting exhibit tags, by Plaintiff Solomon Ben−Tov Cohen. (jak, ) (Entered: 04/14/2009) |

| 05/04/2009 | 6 | 69 | ORDER of Dismissal. Ordered that the complaint and the action are dismissed as legally frivolous. Ordered denying 4 Motion to Appoint Counsel by Judge Zita L. Weinshienk on 05/01/09.(jjh, ) (Entered: 05/04/2009) |
|---|---|---|---|
| 05/04/2009 | 7 | 75 | JUDGMENT by Clerk in favor of Federal Bureau of Investigation − California, Federal Bureau of Investigation − Colorado, Isaac Delong against Solomon Ben−Tov Cohen. Pursuant to the Order of Dismissal signed on 05/01/09 (jjh, ) (Entered: 05/04/2009) |
| 05/15/2009 | 9 | 76 | NOTICE OF APPEAL as to 6 Order on Motion to Appoint Counsel, 7 Clerk's Judgment by Plaintiff Solomon Ben−Tov Cohen. Fee Status: Pro se; Fee not paid; 1915 motion not filed. Notice mailed to all counsel on 05/18/09. (Attachments: # 1 Envelope)(bjrsl, ) (Entered: 05/18/2009) |
| 05/21/2009 | 12 | 79 | ORDER Denying Leave to Proceed in Forma Pauperis on Appeal after Review re 9 Notice of Appeal, by Solomon Ben−Tov Cohen, by Judge Zita L. Weinshienk on 05/21/09. (bjrsl, ) (Entered: 05/21/2009) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 3 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. '09 - CV - 00844

(To be supplied by the court)

SOLOMON BEN-TOV COHEN , Plaintiff,

prose

v.

ISAAC DELONG, SPECIAL AGENT,
F.B.I - LOS ANGELES, CA

FEDERAL BUREAU OF INVESTIGATION
LOS ANGELES, STATE OF CALIFORNIA

FEDERAL BUREAU OF INVESTIGATION
DENVER, STATE OF COLORADO

_____ ,

_____ ,

_____ ,

_____ ,

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

_____ , Defendant(s).

APR 0 7 2009

(List each named defendant on a separate line.)

GREGORY C. LANGHAM
CLERK

PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. SOLOMON BEN-TOV COHEN, pro-se, INMATE # L2580,
(Plaintiff's name, prisoner identification number, and complete mailing address)
GEO-ICE DETENTION FACILITY, 11901 EAST 30TH AVE
AURORA, STATE OF COLORADO, 80010-1525

2. ISAAC DELONG, SPECIAL AGENT, F.B.I.
FEDERAL OFFICE BLDG,(Name, title, and address of first defendant)
11000 WILSHIRE, WESTWOOD, STATE OF CALIFORNIA 90026
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes ✓ No (CHECK ONE). Briefly explain your answer:

__ SPECIAL AGENT OF FBI SUED BOTH __

__ INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY __

3. FEDERAL BUREAU OF INVESTIGATION ("F.B.I.")
FEDERAL OFFICE BLDG,(Name, title, and address of second defendant)
11000 WILSHIRE, WESTWOOD, STATE OF CALIFORNIA, 90026
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes ✓ No (CHECK ONE). Briefly explain your answer:

__ SUED AS EMPLOYER OF FBT DEFENDANT __

__ AS THOUGH A PERSON. __

4. FEDERAL BUREAU OF INVESTIGATION - DENVER, FIELD OFFICE
(Name, title, and address of third defendant)
1961 STOUT ST, SUITE 1823, DENVER, STATE OF COLORADO 80294
At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __ Yes ✓ No (CHECK ONE). Briefly explain your answer:

__ GOVERNMENT AGENCY OVER WHICH COURT HAS __

__ JURISDICTION UNDER "APA". __

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                    2

4

## B. JURISDICTION

1.  I assert jurisdiction over my civil rights claim(s) pursuant to:  (check one if applicable)

    _____    28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ✓    28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2.  I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    5 U.S.C.§ 702 et seq (ADMINISTRATIVE PROCEEDURES ACT) 1983 et seq. THIS ACTION IS BROUGHT PURSUANT TO 42 USC § 1983 AND 1st, 5th AND 14th AMENDMENTS TO THE US CONSTITUTION.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.  If more space is needed to describe the nature of the case, use extra paper to complete this section.  The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

**Plaintiff**

1.  Plaintiff Solomon Ben- Tov COHEN pro-se is a citizen of the UK who has resided in the US almost continuously and filing Federal, New York State & City taxes since 1990. In 1994 Plaintiff was granted work authorization (H1-B) as an expert in global equity derivatives with Master's in mathematics from Cambridge University, UK.

2.  In 2000, Plaintiff moved from New York City to Los Angeles, California as a result of dispute with his landlords. In 2003, Plaintiff acquired 2.5 acres of raw land in Antelope Valley, CA for $10,000.

**Defendant Special Agent Isaac Delong**

3.  In 2003 in Los Angeles, California as a result of an emergency, Plaintiff spoke twice on the telephone once before and once after sending him a copy of a forged document being used to falsely    claim    $5Million    against    Corinne    Diaz    Trust    in    Liechtenstein.

(Rev. 1/30/07)                              3

5

## C. NATURE OF THE CASE page 2

4. Corinne Diaz was Plaintiff's elder sister foreign grantor of the trust whose 98% beneficiary is Plaintiff. London lawyer Miles Howarth, a former acquaintance of Plaintiff, had forged Plaintiff's signature on documents filed in the Princely Court in Vaduz Liechtenstein, in the name of Howarth's longtime companion, Jose Manuel Vazquez, of Vigo, Spain which claimed Plaintiff had signed over all the assets of the Trust to him.

5. Following complaint to the Defendant, the claim was withdrawn and Vazquez killed himself. [Vazquez' mother and brother live in Mexico City, Mexico.]

**California Congressman Henry Waxman, Washington DC**

6. 2003, Plaintiff traveled from Los Angeles, CA to DC to meet briefly with the Congressman and was wrongfully arrested in his office by US Capitol Police
   - Case No '08-cv-02188-LTB-CBS *Cohen v Waxman* et al, (United States District Court for the District of Colorado).

7. In 2004, Plaintiff changed trustee of Corinne Diaz Trust, appointing an associate of Wall St lawyer William Blum, law firm Solomon Pearl Blum Heymann & Stich LLP, Markus Wanger in Liechtenstein.

**Apt at 11 2nd St NE, Washington DC 20002 opposite US Supreme Court**

8. In February 2007, Cayman Chief Justice hon Anthony Smellie, ceased all payments to Plaintiff from his money and ordered $5.6 Million sent to Wanger, as Trustee of the Corinne Diaz Trust, from voluntary solvent liquidation Matter of Gazelle Global Fund Limited, Grand Court, Cayman.

9. Wanger refused to continue paying rent, reneged on payments for root canals already begun, refused to pay immigration lawyer Eli Guiterman, of law firm Li, Latsey Guiterman to appeal in absentia order of removal -*Matter of Cohen*, Case no A# 77 675 309 Appeal currently pending before Board of Immigration Appeals, Falls Church VA, discontinued paying $7,500 a month financial support.

4

## C. NATURE OF THE CASE page 3

10. Exhibit 2 is statement from BB&T bank account showing receipt of $7,500 from Markus Wanger, next but last payment. Plaintiff has never worked illegally in the US.

**Denver office of law firm Solomon Pearl Blum Heymann & Stich LLP**

11. Plaintiff became homeless and subject to arrest by ICE.

12. May 2007, traveling from Washington DC to Los Angeles CA via Denver, Colorado, Plaintiff developed two abscess' due to the open root canals, was treated at Denver Health-Bannock St and stayed with friends. Going through Yellow Pages looking for an attorney, Plaintiff saw listing for Denver office of *Solomon Pearl Blum Heymann & Stich LLP* .

13. June 2007, Plaintiff asked trust partner Bruce Rohde, to ask Wanger to send his firm money from $5.6M sent to him solely in trust for Plaintiff. They filed false criminal charges and Blum swore that his associate had no dealings with Plaintiff, was not trustee of Corinne Diaz Trust and denied holding any money, so that Plaintiff was arrested.

14. Exhibit 3 is Denver District Attorney Investigative Report which on page 4 states:

> "Keli Hynes said that I should speak with an attorney with their firm, William "Bill" Blum. He was at the firm's New York, NY office at the time. I interviewed Blum over the telephone. He stated that in 2004 **an associate of his Dr Markus Wanger**, in Liechtenstein contacted Blum regarding the **use of Blum's office for a meeting** with a client of Wanger's Solomon Cohen.....Blum contacted Wanger and asked if he still had a relationship with Cohen. <u>Wanger responded back and said that Cohen was strange and he is claiming to be a beneficiary in a trust called the Corinne Diaz Trust.</u>"

15. After Plaintiff's arrest in Denver Co on July 23rd 2007 in Denver, Colorado, Plaintiff wrote to Defendants Special Agent Isaac Delong and F.B.I. in Los Angeles asking for help.

16. Defendant Special Agent Isaac Delong and F.B.I. Los Angeles, CA failed to respond or act in any way.

5

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1.   Claim One: _____

     Supporting Facts:

**Claim One: The Request for assistance from the First and Second Defendants was ignored**

17. Plaintiff alleges that the failure Defendant, Special Agent Isaac Delong and Defendant F.B.I. Los Angeles, CA from August 2007 to- date to take action or respond to Plaintiff's written request for help including warning of fraud in  Letter dated 08/13/2007 – **EXHIBIT 1** violated Plaintiff's right of DUE PROCESS secured by 5th Amendment and right to EQUAL PROTECTION of the law, secured by both 5th and 14th Amendments to the US Constitution.

Supporting Facts:

   Plaintiff repeats, reiterates, and re-alleges as part of this cause of action each and every allegation contained in paragraphs 1 through 16 inclusive of this complaint with the same force and effect as if fully set forth herein.

18. Defendant did not respond or act in any way to the following letter sent on August 13th 2007, to Defendant Special Agent Isaac Delong from Denver County Jail, Exhibit 1- that stated as follows:-

   "Special Agent Isaac Delong, F.B.I., 11,000 Wilshire Blvd, Los Angeles, California

       Re: $8 Million fraud in progress…
       08/13/2007….

   "New Trustee Dr Markus Wanger www.iuf.li has set me up to be in JAIL. Using his US [associate] law firm Solomon Pearl Blum Heymann & Stich LLP New York City and Denver, who pressed false drug charge against me. By the time I get out [charges are dismissed] the assets may have disappeared."

6

**D. CAUSE OF ACTION** page 2

<u>Claim One (continued)</u>

19. Plaintiff alleges that this failure to respond or act violated his rights as claimed in paragraph 17.

20. Wanger *is* the Trustee of the Corinne Diaz Trust. Exhibit 4 is first page of Filing in the Princely Court in Liechtenstein by Wanger through his employee, lawyer Johannes Grabher caption showing Markus Wanger as trustee of Corinne Diaz Trust against Plaintiff. [Corinne Diaz Trust is a <u>registered</u> trust in Vaduz Liechtenstein with Markus Wanger as Trustee.]

21. Neither Defendant Special Agent Isaac Delong nor the F.B.I. Los Angeles acted or responded.

22. Between July 23rd 2007 and May 16th 2008 while Plaintiff was at Denver County Jail and Colorado Mental Health Institute, Wanger stole $237,000 from the Trust
- Exhibit 6 Corinne Diaz Trust Statement of Account page 6      ' Third Party Withdrawals' $237,000.

23. Wanger denied repeated requests from Dr Holzhacker, Liechtenstein attorney paid by Liechtenstein Legal Aid to release $50,000 to Plaintiff

24. On May 16th 2008, criminal charges against Plaintiff were Dismissed- see Exhibit 5 Order of Dismissal  signed by Denver District Judge Sheila Rappaport.

25. Wanger refuses to resign – see Exhibit 6 Letter to Board of Immigration Appeals from Plaintiff's new Liechtenstein attorney, Dr Holzhacker.

## D. CAUSE OF ACTION page 3

**Original fraud re-introduced**

26. In February 2008, with Plaintiff still incarcerated as a result of charges, Miles Howarth re-instated his $5M lawsuit with interest under his own name now using same forged documents sent to Defendant Special Agent Isaac Delong in 2003 and obtained an injunction freezing all the assets of Corinne Diaz Trust.

27. This is the only thing that has prevented Wanger from stealing the rest of the money.

28. As a result of the above violation if his rights complained of, Plaintiff has been damaged in the sum of $237,000.

29. Wanger has petitioned the Court to take another $250,000 for himself only- see Exhibit 7 Letter from Dr Holzhacker which states:

> "Dr Wanger with said application that the freezing order is amended in a way that he is allowed to deduct an amount of CHF 233,284.55 (approx $250,000) in order to cover his expenses."

8

2.  Claim Two: _____

  Supporting Facts:

Claim Two:

30. Third Defendant F.B.I. Denver Filed Office, State of Colorado is violating Plaintiff's right of Due Process and Equal Protection of the law by not responding to written requests for assistance regarding this matter.

Supporting Facts:

  Plaintiff repeats, reiterates, and re-alleges as part of this cause of action each and every allegation contained in paragraphs 1 through 29 inclusive of this complaint with the same force and effect as if fully set forth herein.

**On going fraud**

31. On June 1st 2008 Plaintiff was transferred from Denver County Jail to ICE Custody.

32. Since December 2008, Plaintiff has made written and telephone requests for assistance to Special Agent Cathy Wright, Denver Field Office, F.B.I.. have ignored Plaintiff's request for immediate help in preventing further fraud.

33. Wanger continues to keep Plaintiff incarcerated by ICE by refusing (via petition Court in Liechtenstein) to give Plaintiff any of his money. Wanger has vowed to Dr Holzhacker that he will *never* give Plaintiff his money.

34. Wanger has petitioned the Court to take another $250,000 for himself only- see Exhibit 7 Letter from Dr Holzhacker which states:

  "Dr Wanger with said application that the freezing order is amended in a way that he is allowed to deduct an amount of CHF 233,284.55 (approx $250,000) in order to cover his expenses."

35. Plaintiff is seeking various orders under the Administrative Procedures Act ("APA") as set out in Section G of the Complaint.

9

3.   Claim Three: _____

Supporting Facts:

# BLANK

10

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit:

MICHAEL MUKASEY, ATTORNEY GENERAL OF THE UNITED STATES

2. Docket number and court name:

08-CV-01844-LTB-CB2
US DISTRICT COURT , COLORADO

3. Claims raised in prior lawsuit:

APPLICATION FOR WRIT OF HABEAS CORPUS

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?):

PENDING

5. If the prior lawsuit was dismissed, when was it dismissed and why?

N/A

6. Result(s) of any appeal in the prior lawsuit:

N/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined? ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)

### E. PREVIOUS LAWSUITS  (continued) - additional sheet 1

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X__Yes____No.

1.  Name of Defendants in prior lawsuit:

Jason Clemens, Immigration Agent
Shana Martin, Assistant Chief Counsel
Department of Homeland Security

5.  Docket number and court name:

**' 08- cv- 01991-ZLW**
US DISTRICT COURT, DISTRICT OF
COLORADO

6.  Claims raised in prior lawsuit:

Making false statement, Perjury
Civil Rights violations

7.  Disposition of prior lawsuit:

Dismissed

8.  If prior lawsuit was dismissed when was it dismissed and why?

*Heck v Humphrey*

9.  Result of any appeal in the prior lawsuit:

Appeal pending 08- 1394

12

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 2

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes_____No.

1. Name of Defendant in prior lawsuit:

Denver County Jail, CO and
Chaplain Rev John Scott

2. Docket number and court name:

**1:08-cv-00978-ZLW**
US DISTRICT COURT, DISTRICT OF
COLORADO

3. Claims raised in prior lawsuit:

    i.   Denial of kosher food- 1st
        Amendment violation
    ii.  request for additional law library
        time

4. Disposition of prior lawsuit:

Withdrawn/ abandoned

5. If prior lawsuit was dismissed when was it dismissed and why?

Denver County Jail granted both after
lawsuit was filed and criminal charges
dropped. Official reason:
failure to notify change of address.

6. Result of any appeal in the prior lawsuit:

N/A

**E. PREVIOUS LAWSUITS** (continued) – additional sheet 3

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____No.

1. Name of Defendant in prior lawsuit:

Katherine Davis, HSA
Aurora/ ICE Detention Facility

2. Docket number and court name:

**1:08-cv-02089-ZLW**
US DISTRICT COURT, DISTRICT OF COLORADO

3. Claims raised in prior lawsuit:

Denial of medication

4. Disposition of prior lawsuit:

Withdrawn after settlement

5. If prior lawsuit was dismissed when was it dismissed and why?

N/A

6. Result of any appeal in the prior lawsuit:

N/A

14

**E. PREVIOUS LAWSUITS** (continued) - additional sheet 4

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____ No.

1.      Name of Defendants in prior lawsuit:      Representative Waxman, US Capitol Police, Agent Fred Bush,

2.      Docket number and court name:      **1:08-cv-02188-LTB-CBS**
US DISTRICT COURT, DISTRICT OF COLORADO

3.      Claims raised in prior lawsuit:      Wrongful arrest etc

4.      Disposition of prior lawsuit:      Pending

5.      If prior lawsuit was dismissed when was it dismissed and why?      N/A

6.      Result of any appeal in the prior lawsuit:      N/A

15

## E. PREVIOUS LAWSUITS  (continued) – additional sheet 5

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  __X__ Yes_____No.

1.    Name of Defendants in prior lawsuit:          Hodges, Fuller, Prose, Morrissey et al

2.    Docket number and court name:                **1:08-cv-02806-ZLW**
                                                    US DISTRICT COURT, DISTRICT OF
                                                    COLORADO

3.    Claims raised in prior lawsuit:               Wrongful arrest, malicious prosecution,
                                                    false imprisonment

4.    Disposition of prior lawsuit:                 Dismissed

5.    If prior lawsuit was dismissed when           Improperly stated
      was it dismissed and why?

6.    Result of any appeal in the prior             Denied Appeal
      lawsuit:

16

## E. PREVIOUS LAWSUITS  (continued) - additional sheet 6

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  _X_ Yes ___ No.

1.  Name of Defendants in prior lawsuit:          Hon James P Vandello et al

2.  Docket number and court name:                **09-cv-00736-BnB**
                                                  US DISTRICT COURT, DISTRICT OF
                                                  COLORADO

3.  Claims raised in prior lawsuit:               Violation of Due Process, defamation

4.  Disposition of prior lawsuit:                 Recently filed

5.  If prior lawsuit was dismissed when was       N/A
    it dismissed and why?

6.  Result of any appeal in the prior lawsuit:

17

**E. PREVIOUS LAWSUITS** (continued) - additional sheet

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes____No.

1. Name of Defendants in prior lawsuit:

US DISTRICT COURT FOR THE DISTRICT OF COLORADO

2. Docket number and court name:

**09-1045**
US COURT OF APPEALS FOR THE 10TH CIRCUIT

3. Claims raised in prior lawsuit:

Application for Writ of Mandamus

4. Disposition of prior lawsuit:

Denied

5. If prior lawsuit was dismissed when was it dismissed and why?

6. Result of any appeal in the prior lawsuit:

18

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1) On the First Cause of Action, against first Defendant $237,000 compensatory damages, and against second Defendant $237,000 punitive damages;

2) THAT Court under the APA Order Third Defendant F.B.I. Denver Filed Office:-
   i) To begin an investigation;
   ii) to certify to the Attorney General of the United States and Secretary of Homeland Security that Plaintiff is a Victim of Crime, is assisting the F.B.I. with investigation and prosecution of financial crimes by testifying as a witness, requesting that Plaintiff's Removal from the United States be Stayed as per regulations;

3) THAT Defendants pay costs of this action including reasonable attorney's fees;and

4) Plaintiff further prays for such other and further relief against the Defendants as may be just and proper.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on _____04/03/09._____
(Date)

_____
(Prisoner's Original Signature)

SOLOMON B COHEN MA (Cantab)
pro-se
Tel (303) 361-6612

(Rev. 1/30/07)

19

## CERTIFICATE OF SERVICE

I hereby certify that, on 04/03/2009 a true and correct copy of the Exhibits was sent by first class mail to:

> Special Agent Isaac Delong
> Federal Bureau of Investigation
> Federal Office Building
> 11000 Wilshire
> Westwood
> CA 90026
>
> Federal Bureau of Investigation (F.B.I.)
> Federal Office Building
> 11000 Wilshire
> Westwood
> CA 90026
>
> Federal Bureau of Investigation (F.B.I.)
> 1961 Stout St, Suite 1823
> Denver
> CO 80294

Dated:    04/03/09            Signed:

                             Solomon Ben- Tov COHEN MA(*Cantab*)
                                        Pro- SE

20

# TABLE OF EXHIBITS
## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No_____    *Cohen v Delong, FBI- LA, FBI Denver, CO*

| No | EXHIBIT | PAGE |
|---|---|---|
| 1 | Letter dated 08/13/2007 to Defendant Special Agent Isaac Delong at F.B.I. by Plaintiff from Denver County Jail after his arrest | 22 |
| 2 | Copy of BB& T Bank Statement showing receipt of $7,500 from Markus Wanger Out of Corinne Diaz Trust | 23 |
| 3 | Copy of Investigative Report resulting from complaint by Solomon Pearl Blum Heymann & Stich LLP | 24 – 34 |
| 4 | Copy of Caption, Princely Court, Liechtenstein , filing by Markus Wanger as trustee against Plaintiff | 35 |
| 5 | Order of Dismissal- signed by Denver District Judge | 36~38 |
| 6 | Copy of Letter from lawyer, Dr Holzhacker AND of Financial Statement of Corinne Diaz Trust includes of "third party Withdrawals' loss suffered by Plaintiff | 39 – 47 |
| 7 | Current fraud being attempted by Wanger | 48 |

21

# EXHIBIT 1

Special Agent Isaac De Long
F.B.I.
11,000 Wilshire Blvd
Los Angeles
CA 9002?

Re: $8 Million FRAUD in progress once again

08/13/2007

Dear FBI

Remember the FORGERY copy  sent to you in 2003 being used in Liechtenstein Court by Manuel Vazquez – claim in Liechtenstein Princely Court was withdrawn after I contacted you and Vazquez killed himself-

Miles Howarth the barrister behind it is trying it again in Court in Switzerland using the same doccument. Please can the FBI help as

  1) New Trustee Dr Markus Wanger www.iuf.li has set me up to be in JAIL. Using his US lawfirm SOLOMON PEARL BLUM HEYMANN & STICH LLP New York City and Denver, who pressed false drug charges against me.
By the time I get out the assets may have disppeared.

As in the last case Stefan Feierabend www.gloor-sieger.ch 011 41 44 256 6161 is not mounting a proper defence and is ignoring me completely.

Can the FBI have Miles Howarth interviewed/ arrested by Interpol/ British Police

He lives wihout paying rent at:        Flat 3, 4 York Buildings
                                        London WC2

in a property under the control of Dr Wanger which must be sold as we, the beneficiaries of the Foreign Grantor Trust Corinne Diaz Unternehmen are penniless.

Dr Wanger refused to pay Li Latskey & Guiterman to file a Motion to Reopen in my Political Asylum case before hon Judge Bryant who ordered me removed in absentia while I was held buy thee State of Virginia on a drug charge dismissed by the Judge in Criminal Court
– lawyer Jay Myerson Reston VA hired with money from PricewaterhouseCoopers' Nick Freeland in Cayman.
Mr Freeland and lawyers from Kleinfelds and Christopher Russell who failed to represent me
– see http://hometown.aol.com/gazellecayman
– stole $1M illion out of $5 M without objection as in previous cases from hon Mr Bulgin Attorney General who was in Court.
– They treied to kill me using car fumes via underfloor heating on November 14th 2006 at 1710 H St NW Apt 308. www.kormanresidences.com 1 bedrooms have no exterior window in the bedroom which must be illegal.

Dr Wanger is refusing to release money for criminal defense attorney S Reich to defend me.

Sincerely


Solomon B Cohen

22

# EXHIBIT 2

Account History

Page 1 of 1

Case 1:09-cv-844 Document 3 Filed 04/13/2009 Page 25 of 55
Appellate Case: 09-1218 Document: 6 Date Filed: 05/26/2009 Page: 27

*893- 2565*
*202033 180*
*872- 4134 4163* Print Close

# BB&T OnLine®

# ACCOUNT HISTORY

## Checking 2825  (Checking...02825)

**Current Balance:** $16.13      **Available Balance:** $16.13

| Account: | Transaction Type: | Time Period: |
|---|---|---|
| Checking 2825 / $16.13 | All Types | Last 30 Days |
| **Description:** | | **OR** |
| **Debit Amount:** | **Credit Amount:** | **Check Number:** | **From Date:** 04/24/2007 |
| **From:** | **From:** | **From:** | **To Date:** |
| **To:** | **To:** | **To:** | 05/24/2007 |

| Date | Transaction Type | Check Number | Description | Debit | Credit |
|---|---|---|---|---|---|
| 05/17/2007 | Debit | | OLB ACCOUNT 4491611305729537 BB&T ONLINE SERVICE FEE | $3.95 | |
| 05/17/2007 | POS | | KIRBY CARD 732-730-1000 NJ 0401 CHKCD PURCH | $25.00 | |
| 05/14/2007 | POS | | SPRINT FONCARD REF 800-366-0707 KS 0401 CHKCD PURCH | $21.15 | |
| 05/14/2007 | Debit | | 05-13-07 CONNECTICUT AVE WASHIN BB&T 24 MINI STATEMENT FEE | $1.00 | |
| 05/03/2007 | Debit | | CSS FEE FOR 0000005238602825 BBT.COM STMT REQUEST FEE | $7.00 | |
| 05/02/2007 | Debit | | TRANSFER E*TRADE BANK XXXXXXXXXX9663 | $7,600.00 | |
| 04/27/2007 | Fee | | WIRE TRANSFER FEE | $15.00 | |
| 04/27/2007 | Deposit | | WIRE REF# 20070427-00006358 INCOMING WIRE TRANSFER | | $7,500.00 |
| 04/26/2007 | Check | 107 | TELLER CASHED CHECK | $900.00 | |

For assistance, call BB&T OnLine Support at 1-888-BBT-ONLINE (1-888-228-6654).

# EXHIBIT 3

31

| | |
|---|---|
| County Court, City and County of Denver, Colorado<br>City and County Building, Room 111<br>1437 Bannock Street<br>Denver, CO 80202 | Filed in County Court<br>City & County of Denver, Colorado<br><br>JUL 1 9 2007<br><br>CLERK OF COURT |
| **Plaintiff:**   THE PEOPLE OF THE STATE OF COLORADO<br><br>**Defendant: SOLOMON COHEN** | |
| Mitchell R. Morrissey, Reg. No.  13784<br>District Attorney, Second Judicial District<br>By his undersigned Deputy District Attorney<br>201 West Colfax Avenue, Dept.801<br>Denver, CO 80202<br>Phone Number: 720-913-9015<br>Fax Number: 720-913-9179 | Δ      COURT USE ONLY     Δ<br>Case Number: 07CR04282<br><br>Div.: Criminal Ctrm: 13 |
| **COMPLAINT AND INFORMATION** | |

## TWO CHARGES

COUNT 1   POSSESSION OF A CONTROLLED SUBSTANCE - SCHEDULE II - 1 GRAM OR LESS, 18-18-405(1),(2.3)(a)(I) C.R.S. (F6) <82011>

COUNT 2   RECKLESS ENDANGERMENT, 18-3-208 C.R.S. (M3) <02071>

ECONOMIC CRIME UNIT

Bond Set at: $ 10,000.00   Judge: _____   Date: 7/19/07
                                          Signature

24

## DISTRICT ATTORNEY - SECOND JUDICIAL DISTRICT
### 201 W. Colfax Ave., Dept. 801, Denver, Colorado 80202

| | | |
|---|---|---|
| 1. | **INVESTIGATIVE REPORT:** | DA Case #2007-07-130<br>July 19, 2007 |
| 2. | **INVESTIGATOR:** | United States Postal Inspector Steve Hodges<br>Kent Prose |
| 3. | **VIOLATOR:** | Solomon Ben-Tov Cohen |
| 4. | **STATUTE VIOLATED:** | POSSESSION OF A CONTROLLED SUBSTANCE - SCHEDULE II - 1 GRAM OR LESS, 18-18-405(1),(2.3)(a)(I) C.R.S. (F6) <82011><br><br>RECKLESS ENDAGERMENT, 18-3-208 (M3) <02071> |
| 5. | **OFFENSE DATES:** | Between and Including July 5, 2007 and July 9, 2007 |
| 6. | **PLACE OF OFFENSE:** | 1801 Broadway, Suite 500<br>Denver, CO 80202 |
| 7. | **MONEY VALUE INVOLVED:** | $0 |
| 8. | **VICTIMS:** | State of Colorado<br>Keli Hynes<br>Marta Strzeszewski<br>Laura Parke |

9.    <u>SYNOPSIS:</u>

Between and including July 5, 2007 and July 9, 2007, Solomon Bent-Tov Cohen caused to be mailed a First Class letter to a private business in Denver, CO. The letter contained a written message signed by Solomon Ben-Tov Cohen and a light colored powder like substance. The mailing caused the employees of the private business alarm and fear for their safety. An employee of the private business reported the matter to authorities via an emergency 911 call. Emergency services, police and fire services responded. The fire service hazardous materials unit field screened the light colored powder like substance positive for methamphetamine.

Investigative Report DA Case #2007-07-130                                        Page 2

10.    **DETAILS OF OFFENSE**:

Your affiant, Kent E. Prose, an investigator for the Denver District Attorney's Office, Economic Crime Unit, was assigned to investigate allegations of Possession of a Controlled Substance (Methamphetamine) and Reckless Endangerment by Solomon Ben-Tov Cohen at 1801 Broadway, suite 500, in the City and County of Denver, Colorado. Your affiant assisted United States Postal Inspector Steve Hodges, who initiated the investigation. Your affiant reviewed reports from Inspector Hodges, as well as documents obtained in the course of the investigation. Postal Inspector Hodges reported the following information to your affiant.

"The basis for this investigation was information received by the U.S. Postal Inspection Service regarding a suspicious letter that had been received by the private law firm of Solomon Pearl Blum Heymann & Stich LLP located in Denver, CO.

On July 9, 2007, I received a telephone call from the Denver Police Department dispatch center regarding a suspicious letter containing an unknown powder like substance that had been received by a private law firm in Denver, CO. Denver Police dispatch advised me that police and fire-hazardous materials units were on the scene of the incident. I responded to the location to initiate an investigation into the matter.

Upon arrival I met with Denver Fire Department officer Butch Hoss outside 1801 Broadway. He briefed me on the status of the call. Hoss said that a hazardous materials survey team was assessing the unknown powder like substance found in the letter in question. He also said that no one related to the suspicious letter had complained of any physical illness that may have been related to the unknown powder like substance. Within thirty minutes the Denver Fire Department hazardous materials team reported that the unknown substance had field screened positive for methamphetamine. Hoss told me that he will clear the scene once I take custody of the letter and contents.

I entered the building at 1801 Broadway and went to suite 500, the private law firm of Solomon Pearl Blum Heymann & Stich LLP. I met Denver Fire Department hazardous materials unit members Jim Leo and Sean Armstrong. They briefed me on their hazardous materials assessment and directed me to the office where the letter and contents remained.

I photographed the envelope, letter and powder like substance as I found them in the office. I held these items as evidence. U.S. Postal Inspectors R. Barnett and J. Fuller arrived on scene and assisted me in the investigation.

Inspector Fuller interviewed receptionist Keli Hynes (DOB: 06/23/1966). Hynes stated that she believed she knew who may be responsible for the mailing. Hynes began by saying that the law firm's Denver office had received a couple of faxes over the last few weeks from a man identifying himself as Solomon Cohen. She said that this man also showed up at the Denver office to hand deliver a message.

26    31

Investigative Report DA Case #2007-07-130                                    Page 3

I asked Hynes to tell me what happened today regarding the letter the office received with the powder like substance in it. Hynes said that after the mail was delivered to the office she began to open what the office received. Among the other mail she noticed a business size letter that had a handwritten address. She took it to another employee, Marta Strzeszewski, to show it to her. Hynes commented that it looked like the same handwriting as the previous faxes. As Hynes opened the letter she saw the powder inside and set it down on a desk. Strzeszewski called 911.

I asked Hynes to tell me about the faxes that her office had received that she thought were related to the letter in question. Hynes said that sometime in late June 2007 her office received a fax that was a printed copy of a page from the law firm's web site of attorney Bruce E. Rohde's biography. On that page was a handwritten message. The handwritten portion asked how the person could receive meth in return for something like evidence about poison. Hynes said it was very strange. The fax was signed Solomon B. Cohen. Hynes provided a copy of the fax. The fax header indicated that it was sent from 3036231138, Kinko's LoDo on 6/26/07 at 19:04 hours. Later in the course of this investigation I reviewed surveillance video from the Kinko's LoDo store in Denver, CO in an effort to identify the person that sent this fax. I found the person that would have been responsible for sending the fax by correlating the fax header time and date with the surveillance system time and date and the sending fax machine time and date. The person shown on the surveillance video matches the appearance of the photograph of Solomon Ben-Tov Cohen with an alien registration number A77309675. Also, in one portion of the store video surveillance a page that had been sent on the fax had matching unique graphic features of the fax received by the law firm.

Hynes supplied me with a letter that a man identifying himself as Solomon Cohen had delivered to the law firm's Denver office. The letter is dated June 28, 2007 and signed, "Solomon Ben-Tov COHEN MA (cantab) DOB 12/24/1960". Hynes provided me the original letter but only a copy of the envelope it was enclosed in originally.

Hynes said her office received another fax on July 2, 2007 that indicated it was from "Solomon B Cohen MA (Cantab)". The fax consisted of two pages. The message was addressed to "Mr. Rodhe", an attorney in the law firm. The message was, "Dear Mr Rodhe, Please don't do anything re: above. Sincerely, Solomon B Cohen MA (Cantab)". Hynes provided me with a copy of this two page fax.

Hynes said another fax was received by her office on July 6, 2007. Again, the fax was two pages and signed "Solomon B COHEN MA (Cantab)". This fax consisted of a short message on the fax cover sheet followed by a full page letter. In the full page letter one of the paragraphs reads, "Secure a claim for damages of $1Million (I am sending your firm the poison he had me take.) on his apartment 720 16th St #416 Denver Co 80202." The context of the letter indicates that "the poison" may be crystal meth.

Hynes also said that a person identifying himself as Solomon Cohen left a voice message on the office answering system on July 5, 2007 at approximately 1:20 p.m... Hynes allowed me to listen and make an audio recording of the message.

27

Investigative Report DA Case #2007-07-130                                    Page 4

## ADDITIONAL DATA

Records checks indicate that a person named Solomon Ben-Tov Cohen (DOB: 12/24/1960) is an alien registered under the alien registry number A77309675 and has an FBI number of 83165NB4.

In the voice mail and in the other documents related to this case the person calling himself Solomon Cohen provides a cellular phone number of (303) 641-9207. This is a Sprint PCS prefix. Attempts to date of contacting this number result in reaching the automated voice mail message system assigned to the number.

Cohen indicates that he is staying at the Grand Hyatt in Denver, CO. According to the Grand Hyatt security staff no one with that name, variation of the name or description has stayed or is staying at the hotel.

Two other names and addresses that are mentioned in documents sent to the law firm are "Sean" at 1424 Elizabeth St., Denver, CO and Brian Tielker at 720 16th St. #416, Denver, CO 80202. Neither of these individuals has been contacted at this time.

Keli Hynes said that I should speak with an attorney with their firm, William "Bill" Blum. He was at the firm's New York, NY office at the time. I interviewed Blum over the telephone. He stated that in 2004 an associate of his, Dr. Markus Wanger, in Lichtenstein contacted Blum regarding the use of Blum's office for a meeting with a client of Wanger's, Solomon Cohen. Prior to the arranged meeting at Blum's office between Wanger and Cohen, Cohen sent documents to Blum's office. Blum read the documents and concluded that Cohen may be mentally unstable. Blum contacted Wanger and asked that he not use his office for the meeting with Cohen because he was uncomfortable with what he knew of Cohen. Blum said that was the last information he had regarding Cohen until the letter at his Denver office on July 9, 2007. Blum contacted Wanger and asked if he still had a relationship with Cohen. Wanger responded back and said that Cohen was strange and he is claiming to be a beneficiary in a trust called Corinne Diaz Trust.

Regarding the Corinne Diaz Trust, in some of Cohen's correspondence with the Solomon Pearl Blum Heymann & Stich LLP law firm he makes reference to requesting assistance in claiming part or all of the Corinne Diaz Trust that he believes he is entitled to.

## PERSONAL AND CRIMINAL HISTORY

Solomon Ben-Tov Cohen has criminal records in California, Florida, Utah and Virginia. According the Immigration and Customs Enforcement this person has a Warrant for Alien Arrest maintained in his A file. Charges in his criminal history are for possession of a controlled substance and felony fleeing. The earliest record of Cohen in the United States is in 2000 by Immigration and Naturalization Service for entry of an alien at improper time/place."

Investigative Report DA Case #2007-07-130                                    Page 5

Your affiant contacted Inspector Hodges and confirmed that the package of methamphetamine weighed 2.6 grams, and the methamphetamine itself weighed .6 grams.

Your affiant contacted ICE and confirmed that there is a deportation order for Mr. Cohen, but that the order has been stayed.

## 11.    PERSONAL HISTORY OF VIOLATOR:

NAME:  Solomon Ben-Tov Cohen

AKA: name

DOB: 12/24/1965                          Tattoo:

Race:  W                                 Gender: M

Height:  5' 10"                          Weight: 165

Hair:  Black                             Eye:  Brown

Driver Lic. #:  number                   SSN: number

DPD Number: number

NCIC #:  83165NB4                        SID #:  SID #

OTHER STATE ID #:  A77309675- Alien

Registration #

Home Phone #:  303-641-9207              Work Phone #:  phone #

Address:    NKA


## 12.    CRIMINAL HISTORY OF VIOLATOR:

Current Deportation Order from ICE

2006- Rental Theft- Florida- No conviction

2005- PCS- Virginia- Nolle Prosse

2003- PCS- California- Non-extradition Bench Warrant

2003- Felony Flight- Utah- No Disposition listed

Investigative Report DA Case #2007-07-130                                      Page 6

13.    **SECRETARY OF STATE**: None

14.    **EVIDENCE**:

A separate numbered list of witnesses accompanies this report, together with separate Memorandums of Interview. For detailed information relative to testimonial and documentary evidence, see these Memorandums of Interview.

## LIST OF WITNESSES

Keli Hynes
Marta Strzeszewski
Laura Parke
C/O Solomon Pearl Blum Heymann & Stich
LLP
1801 Broadway #500
Denver, CO 80202
303-937-7838
(Victims)

William Blum
C/O Solomon Pearl Blum Heymann & Stich
LLP
40 Wall St., 35th Fl
New York, NY 10005
212  202-267-7600
(Witness)

Sheila Hoffarth
FedEx Kinko's LoDo
1509 Blake St.
Denver, CO 80202
303-623-3500
(Witness)

Jim Leo
Sean Armstrong
Denver Fire Department-HazMat
745 W. Colfax
Denver, CO 80204
720-913-3473

Robert Barnett,
John E. "Brook" Fuller
Steve Hodges
U.S. Postal Inspectors
1745 Stout St., Ste 900
Denver, CO 80299
303-313-5355

Officer E. Quintana # 01052
Denver Police Department
1331 Cherokee
Denver, CO 80202
720-913-2800

Kent Prose
Denver District Attorney's Office
201 W. Colfax Ave., Dept. 801
Denver, CO 80202
720-913-9015

County Court, City and County of Denver, Colorado
City and County Building, Room 111
1437 Bannock Street
Denver, CO 80202

**Plaintiff:** THE PEOPLE OF THE STATE OF
COLORADO

**Defendant:** SOLOMON COHEN

**DOB:** 12/24/65

σ   COURT USE ONLY   σ

Case Number O7CR04082

Div.: Criminal   Ctrm: 13

## SUPPORTING AFFIDAVIT FOR ARREST WARRANT

I, Kent Prose, of lawful age do swear upon my oath to the facts set forth below and on 3 continuation pages:

Your affiant, Kent E. Prose, an investigator for the Denver District Attorney's Office, Economic Crime Unit, was assigned to investigate allegations of Possession of a Controlled Substance (Methamphetamine) and Reckless Endangerment by Solomon Ben-Tov Cohen at 1801 Broadway, suite 500, in the City and County of Denver, Colorado. Your affiant assisted United States Postal Inspector Steve Hodges, who initiated the investigation. Your affiant reviewed reports from Inspector Hodges, as well as documents obtained in the course of the investigation. Postal Inspector Hodges reported the following information to your affiant.

"The basis for this investigation was information received by the U.S. Postal Inspection Service regarding a suspicious letter that had been received by the private law firm of Solomon Pearl Blum Heymann & Stich LLP located in Denver, CO.

On July 9, 2007, I received a telephone call from the Denver Police Department dispatch center regarding a suspicious letter containing an unknown powder like substance that had been received by a private law firm in Denver, CO. Denver Police dispatch advised me that police and fire-hazardous materials units were on the scene of the incident. I responded to the location to initiate an investigation into the matter.

Upon arrival I met with Denver Fire Department officer Butch Hoss outside 1801 Broadway. He briefed me on the status of the call. Hoss said that a hazardous materials survey team was assessing the unknown powder like substance found in the letter in question. He also said that no one related to the suspicious letter had complained of any physical illness that may have been related to the unknown powder like substance. Within thirty minutes the Denver Fire Department hazardous materials team reported that the unknown substance had field screened positive for

Page 2

methamphetamine. Hoss told me that he will clear the scene once I take custody of the letter and contents.

I entered the building at 1801 Broadway and went to suite 500, the private law firm of Solomon Pearl Blum Heymann & Stich LLP. I met Denver Fire Department hazardous materials unit members Jim Leo and Sean Armstrong. They briefed me on their hazardous materials assessment and directed me to the office where the letter and contents remained.

I photographed the envelope, letter and powder like substance as I found them in the office. I held these items as evidence. U.S. Postal Inspectors R. Barnett and J. Fuller arrived on scene and assisted me in the investigation.

Inspector Fuller interviewed receptionist Keli Hynes (DOB: 06/23/1966). Hynes stated that she believed she knew who may be responsible for the mailing. Hynes began by saying that the law firm's Denver office had received a couple of faxes over the last few weeks from a man identifying himself as Solomon Cohen. She said that this man also showed up at the Denver office to hand deliver a message.

I asked Hynes to tell me what happened today regarding the letter the office received with the powder like substance in it. Hynes said that after the mail was delivered to the office she began to open what the office received. Among the other mail she noticed a business size letter that had a handwritten address. She took it to another employee, Marta Strzeszewski, to show it to her. Hynes commented that it looked like the same handwriting as the previous faxes. As Hynes opened the letter she saw the powder inside and set it down on a desk. Strzeszewski called 911.

I asked Hynes to tell me about the faxes that her office had received that she thought were related to the letter in question. Hynes said that sometime in late June 2007 her office received a fax that was a printed copy of a page from the law firm's web site of attorney Bruce E. Rohde's biography. On that page was a handwritten message. The handwritten portion asked how the person could receive meth in return for something like evidence about poison. Hynes said it was very strange. The fax was signed Solomon B. Cohen. Hynes provided a copy of the fax. The fax header indicated that it was sent from 3036231138, Kinko's LoDo on 6/26/07 at 19:04 hours. Later in the course of this investigation I reviewed surveillance video from the Kinko's LoDo store in Denver, CO in an effort to identify the person that sent this fax. I found the person that would have been responsible for sending the fax by correlating the fax header time and date with the surveillance system time and date and the sending fax machine time and date. The person shown on the surveillance video matches the appearance of the photograph of Solomon Ben-Tov Cohen with an alien registration number A77309675. Also, in one portion of the store video surveillance a page that had been sent on the fax had matching unique graphic features of the fax received by the law firm.

Hynes supplied me with a letter that a man identifying himself as Solomon Cohen had delivered to the law firm's Denver office. The letter is dated June 28, 2007 and signed, "Solomon Ben-Tov COHEN MA (cantab) DOB 12/24/1960". Hynes provided me the original letter but only a

32 37

Page 3

copy of the envelope it was enclosed in originally.

Hynes said her office received another fax on July 2, 2007 that indicated it was from "Solomon B Cohen MA (Cantab)". The fax consisted of two pages. The message was addressed to "Mr. Rodhe", an attorney in the law firm. The message was, "Dear Mr Rodhe, Please don't do anything re: above. Sincerely, Solomon B Cohen MA (Cantab)". Hynes provided me with a copy of this two page fax.

Hynes said another fax was received by her office on July 6, 2007. Again, the fax was two pages and signed "Solomon B COHEN MA (Cantab)". This fax consisted of a short message on the fax cover sheet followed by a full page letter. In the full page letter one of the paragraphs reads, "Secure a claim for damages of $1Million (I am sending your firm the poison he had me take.) on his apartment 720 16th St #416 Denver Co 80202." The context of the letter indicates that "the poison" may be crystal meth.

Hynes also said that a person identifying himself as Solomon Cohen left a voice message on the office answering system on July 5, 2007 at approximately 1:20 p.m... Hynes allowed me to listen and make an audio recording of the message.

ADDITIONAL DATA

Records checks indicate that a person named Solomon Ben-Tov Cohen (DOB: 12/24/~~1960~~ 14/1961) is an alien registered under the alien registry number A77309675 and has an FBI number of 83165NB4.

In the voice mail and in the other documents related to this case the person calling himself Solomon Cohen provides a cellular phone number of (303) 641-9207. This is a Sprint PCS prefix. Attempts to date of contacting this number result in reaching the automated voice mail message system assigned to the number.

Cohen indicates that he is staying at the Grand Hyatt in Denver, CO. According to the Grand Hyatt security staff no one with that name, variation of the name or description has stayed or is staying at the hotel.

Two other names and addresses that are mentioned in documents sent to the law firm are "Sean" at 1424 Elizabeth St., Denver, CO and Brian Tielker at 720 16th St. #416, Denver, CO 80202. Neither of these individuals has been contacted at this time.

Keli Hynes said that I should speak with an attorney with their firm, William "Bill" Blum. He was at the firm's New York, NY office at the time. I interviewed Blum over the telephone. He stated that in 2004 an associate of his, Dr. Markus Wanger, in Lichtenstein contacted Blum regarding the use of Blum's office for a meeting with a client of Wanger's, Solomon Cohen. Prior to the arranged meeting at Blum's office between Wanger and Cohen, Cohen sent documents to Blum's office. Blum read the documents and concluded that Cohen may be

Page 4

mentally unstable. Blum contacted Wanger and asked that he not use his office for the meeting with Cohen because he was uncomfortable with what he knew of Cohen. Blum said that was the last information he had regarding Cohen until the letter at his Denver office on July 9, 2007. Blum contacted Wanger and asked if he still had a relationship with Cohen. Wanger responded back and said that Cohen was strange and he is claiming to be a beneficiary in a trust called Corinne Diaz Trust.

Regarding the Corinne Diaz Trust, in some of Cohen's correspondence with the Solomon Pearl Blum Heymann & Stich LLP law firm he makes reference to requesting assistance in claiming part or all of the Corinne Diaz Trust that he believes he is entitled to.

## PERSONAL AND CRIMINAL HISTORY

Solomon Ben-Tov Cohen has criminal records in California, Florida, Utah and Virginia. According the Immigration and Customs Enforcement this person has a Warrant for Alien Arrest maintained in his A file. Charges in his criminal history are for possession of a controlled substance and felony fleeing. The earliest record of Cohen in the United States is in 2000 by Immigration and Naturalization Service for entry of an alien at improper time/place."

Your affiant contacted Inspector Hodges and confirmed that the package of methamphetamine weighed 2.6 grams, and the methamphetamine itself weighed .6 grams.

Your affiant contacted ICE and confirmed that there is a deportation order for Mr. Cohen, but that the order has been stayed.

Based on the foregoing, your affiant respectfully requests that an At Large Warrant be issued for the arrest of Solomon Cohen, DOB:    12/24/65, for POSSESSION OF A CONTROLLED SUBSTANCE - SCHEDULE II - 1 GRAM OR LESS, 18-18-405(1),(2.3)(a)(I) C.R.S. (F6) 1 COUNT; and RECKLESS ENDANGERMENT, 18-3-208 C.R.S. (M3) 1 COUNT.

AFFIANT

Subscribed and Sworn to before me this ___19___ day of ___July___, 2007, at the City and County of Denver, State of Colorado.

My commission expires: ___9-2-2008___

NOTARY PUBLIC
201 W. Colfax Ave., Dept. 801
Denver, CO 80202

39

# EXHIBIT 4

E 27.06.2008    15:40

An das    Postaufgabe:    durch Boten

FÜRSTLICHE LANDGERICHT

9490 Vaduz

**Antragsteller:**     Dr. Markus Wanger
als Treuhänder des
Corinne Diaz Trust Settlement
Herrengasse 21
9490 Vaduz

vertreten durch:

Dr.iur. Johannes Grabher
Rechtsanwalt
Äulestrasse 45
9490 Vaduz

**Antragsgegner:**     Solomon Ben-Tov Cohen
Aurora ICE Processing Center
11901, East 30th Avenue
Aurora, Colorado 80010
U.S.A.

vertreten durch:

Advokaturbüro    Rechtsanwalt
H O L Z H A C K E R
FL-9490 Vaduz

**wegen:**     Art.916 Abs.6 PGR

I.    **A N T R A G**
**auf Gewährung von Verfahrenshilfe**

II.    **A N T R A G**
**auf Erlag einer aktorischen Kaution**

III.    **G E G E N Ä U S S E R U N G**

zweifach
Vollmacht ag. zu
8 CG.2007.150
Beilagen

# EXHIBIT 5

District Court, City and County of Denver, Colorado
City and County Building, Room 256
1437 Bannock Street
Denver, CO 80202

Plaintiff: The People of the State of Colorado

Defendant: **SOLOMON BON-TOV COHEN**

Joseph M. Morales, Reg. No. 24706
Chief Deputy District Attorney
For: Mitchell R. Morrissey, Reg. No. 13784
District Attorney
201 West Colfax Ave., Dept. 801
Denver, CO 80202
Phone Number: 720-913-9000
Fax Number: 720-913-9035

σ COURT USE ONLY σ

Case Number: 07CR04282

Div.: Criminal Ctrm 13

## MOTION TO DISMISS CASE

MITCHELL R. MORRISSEY, District Attorney, in and for the Second Judicial District, by and through his Chief Deputy District Attorney, moves to dismiss this case without prejudice against Defendant, SOLOMON BON TOV COHEN, with the consent and approval of this Court, for the following reason: the evidence has been destroyed.

Dated: _May 13_ , 2008

Respectfully submitted,

Mitchell R. Morrissey
District Attorney

by: _____
Joseph M. Morales, Reg. No. 24706
Chief Deputy District Attorney

36

*Trujillo* **PD**

| | |
|---|---|
| District Court, City and County of Denver, Colorado<br>City and County Building, Room 256<br>1437 Bannock Street<br>Denver, CO 80202 | |
| Plaintiff:   The People of the State of Colorado<br><br>Defendant: **SOLOMON BON-TOV COHEN (DOB:<br>12/24/1965)** | |
| | σ       COURT USE ONLY       σ |
| | Case Number: 07CR04282<br><br>Div.: Criminal Ctrm 13 |

### ORDER TO DISMISS CASE

The Court, having read the People's **MOTION TO DISMISS CASE**, and being fully advised therein:

[X]    Hereby Grants the People's Motion

[ ]    Hereby Denies the People's Motion

Done at Denver, Colorado this date: _____*May 16*_____, 2008

BY THE COURT:

*Shula Reppon*
JUDGE

44

27

## <u>CERTIFICATE OF MAILING</u>

I certify that on the *14th* day of May, 2008, I

☑ placed in the United States mail, postage prepaid and properly sealed and addressed,

☐ sent with an authorized agent,

☐ sent by facsimile (303-620-4987), with original mailed,

☐ hand delivered

a true and complete copy of the foregoing MOTION TO DISMISS CASE to:

Demetria Trujillo, #34130
Deputy State Public Defender
110 – 16th Street, Suite 1300
Denver, CO  80202

By: *Susan Schoenborn*
Susan Schoenborn
District Attorney Representative
(720) 913-9165

# EXHIBIT 6

Advokaturbüro | Rechtsanwalt

Dr. iur. Gerhard R. Holzhacker M.B.L.-HSG

**HOLZHACKER**

# KOPIE

To the
Board of Immigration Appeal
Falls Church, Virginia
U.S.A.

March 5, 2008
HG/scm - 08/002

**Solomon Ben-Tov Cohen**

Dear Sirs

*PAID BY LEGAL AID IN LIECHTENSTEIN*

To begin with I may introduce myself as Liechtenstein attorney of Mr. Solomon Ben-Tov Cohen – hereinafter called 'Mr. Cohen' in short – representing his interests on legal aid in relation to the Corinne Diaz Trust Settlement – hereinafter called 'Corinne Diaz Trust' in short.

Mr. Cohen, presently residing in custody in the Aurora ICE Processing Center, 11901, East 30th Avenue, Aurora, Colorado 80010, told me that his case will be heard by the Board of Immigration Appeal soon. Furthermore, Mr. Cohen asked me to confirm certain facts which he believes to have a decisive impact on the outcome of his case. I am happy to do this herewith as follows:

- Mr. Cohen is the beneficial owner of the assets held under the Corinne Diaz Trust, a trust under Liechtenstein law set up by his sister Mrs. Corinne Diaz as Settlor on May 11, 1990. I understand that Mrs. Diaz was acting in a fiduciary capacity for Mr. Cohen only and had died meanwhile.

- Mr. Cohen qualifies as beneficiary with an entitlement to 98 % of the assets held under the Corinne Diaz Trust.

- At present Dr. Markus Wanger, a Liechtenstein attorney, is acting as Trustee of the Corinne Diaz Trust.

- The assets held under the Corinne Diaz Trust as on August 20, 2008 were USD 5'623'790.77.

Josef Rheinberger Strasse 11    Telefon +423 239 66 33    office@holzhacker-lawfir

Rechtsanwalt

H O L Z H A C K E R

page 2

- I understand that the funds held now under the Corinne Diaz Trust are mainly stemming from the liquidation proceeds from The Gazella Global Fund formerly situated in the Cayman Islands, which was used by Mr. Cohen to pursue his business activities.

- The last payment Mr. Cohen has received from the Corinne Diaz Trust was in ~~August~~ JUNE 2007. Since then Dr. Wanger denies any payments to Mr. Cohen.

- At present there is a litigation pending at the Princely District Court in Vaduz, file no. 8 CG.2007.150, which had been initiated by the Trustee as plaintiff versus Mr. Miles Howarth as defendant seeking a judgement adjudicating that the defendant does neither qualify as a beneficiary of the Corinne Diaz Trust nor as a creditor of it. I represent Mr. Cohen as co-party to the plaintiff.

- During the course of this procedure the Princely District Court has issued a freezing Order disallowing the Trustee to dispose of any assets of the Corinne Diaz Trust until the procedure file no. 8 CG.2007.150 had been definitely terminated. Said Order had meanwhile been lifted by the Court of Appeal and reconfirmed by the Supreme Court, whereas I have filed on behalf of Mr. Cohen a further appeal restricted to constitutional issues in relation to it with the Court of Constitution on October 13, 2008, which is pending there for adjudication under file no. StGH 2008.130.

- I have initiated on behalf of Mr. Cohen a procedure pending at the Princely District Court in Vaduz under file no. 10 HG.2009.2 asking to have Dr. Wanger removed as Trustee of the Corinne Diaz Trust. This application filed on February 17, 2009, is based on the argument that initiating the before mentioned procedure versus Mr. Howarth was not indicated as the frivolous nature of the claims raised by Mr. Howarth in out of court correspondence was obvious, whereas the litigation pending under file no. 8 CG.2007.150 serves mainly the purpose to provide an excuse for the Trustee why the payments to Mr. Cohen were put on hold.

- Finally, I want to state here that Mr. Cohen was denied any information by the Trustee as well as access to the files of the Trustee until the Princely District Court had issued an Order on July 21, 2008, file no. 10 HG.2008.17, instructing the Trustee to do so.

48

Rechtsanwalt

# HOLZHACKER

page 3

What is said above is within my best knowledge and belief. However, I expressly deny any liability in relation thereto. Nothing what is said above might be construed in order to result in any commitment or obligation on behalf of the Undersigned at the present or in the future which is expressly denied herewith.

If you have any queries, please, do not hesitate and let me know.

Yours sincerely

Dr. Gerhard Holzhacker

49

## Corinne Diaz Trust Settlement

### Statement of assets and liabilities as at August 20, 2008

| ASSETS | 20.08.2008 US$ | 12.06.2007 US$ |
|---|---|---|
| Cash at bank | 4'641'216.18 | 4'739'650.98 |
| Participation "K" | 819'422.99 | 819'422.99 |
| Receivalbel "K" | 65'340.95 | 51'139.18 |
| Loan beneficiary * | 97'809.65 | 97'324.25 |
| Painting | 1.00 | 1.00 |
| Total assets | 5'623'790.77 | 5'707'538.40 |

| LIABILITIES | | |
|---|---|---|
| Creditors     CHF 18839.10 | 17'443.62 | 0.00 |
| Total liabilities | 17'443.62 | 0.00 |

| | | |
|---|---|---|
| 12.06.2007 | 5'707'538.40 | 5'811'118.29 |
| 20.08.2008 | 5'623'790.77 | 5'707'538.40 |
| 20.08.2008  Decrease of assets | 83'747.63 | 103'579.89 |
| Distribution to beneficiaries | 0.00 | 0.00 |
| Donations received | 0.00 | 0.00 |

* The total loan amount to benficiary complies to 1.74% from the total of the net assets amount of USD 5'525'981.12 as at 20.08.2008

Appellate Case: 09-1218 Document: 6 Date Filed: 05/26/2009 Page: 51

## Corinne Diaz Trust Settlement

Cash at bank:

| Nominal/ Quantity US$ | Market Value CHF | Description |
|---|---|---|
| 20'519.00 | 22'160.50 | Current Account wit VP Bank |
| 4'605'000.00 | 4'973'400.00 | 1,25 % Account at call |
| 11 | 16'952.97 | Shares VP Bank Cash & Geldmarktfonds USD |
| 4'641'216.18 | 5'012'513.47 | TOTAL |

(3)

Corinne Diaz Trust, Vaduz

| | KLE Management Establishment, Vaduz<br>Transactions June 12th, 2007 – August 20th, 2008 | |
|---|---|---|

| Date | Beneficiary | Amount<br>US$ |
|---|---|---|
| 22.06.2007 | Davenport Lyons | 5908.38 |
| 16.11.2007 | KLE Management | 4516.71 |
| 06.12.2007 | Davenport Lyons | 3776.68 |
| | Total | 14201.77 |

| Date | Beneficiary | Amount<br>US$ |
|---|---|---|
| 12.06.2007 | Balance brought forward | 51139.18 |
| | Transactions June 12th, 2007 – August 20th, 2008 | 14201.77 |
| 20.08.2008 | Balance | 65340.95 |



**Corinne Diaz Trust Settlement**

## Asset statement as of August 20. 2008

| Nominal/ Quantity US$ | Market Value CHF | Description |
|---|---|---|
| 20'519.00 | 22'160.50 | Current Account wit VP Bank |
| 4'605'000.00 | 4'973'400.00 | 1,25 % Account at call |
| 11 | 16'952.97 | Shares VP Bank Cash & Geldmarktfonds USD |
| | 5'012'513.47 | TOTAL |

Corinne Diaz Trust, Vaduz

| Funds paid in favour of beneficiary |
| --- |

| Date | Beneficiary | Amount US$ |
| --- | --- | --- |
| 15.06.2007 | Churchill Corporate Service | 485.40 |

**Recapitulation Loan to beneficiary**

| Date | | Amount US$ |
| --- | --- | --- |
| 12.06.2007 | Balance brought forward | 97324.25 |
| | Payments 12.6.2007 - 20.8.2008 | 485.40 |
| 20.08.2008 | Total loan to beneficiary | 97809.65 |



Corinne Diaz Trust, Vaduz

| Transactions Third Partys | June 12th, 2007 - August 20, 2008 | (in USD) |
|---|---|---|

| Date | Beneficiary | Amount US$ |
|---|---|---|
| 09.07.2007 | Dr. iur. Johannes Grabher | 3'705.54 |
| 09.07.2007 | Dr. iur. Johannes Grabher | 10'129.90 |
| 17.07.2007 | I+F, Vaduz | 18'327.17 |
| 08.08.2007 | Dr. iur. Johannes Grabher | 4'510.89 |
| 12.09.2007 | Dr. iur. Johannes Grabher | 2'226.73 |
| 09.11.2007 | Dr. iur. Johannes Grabher | 3'802.77 |
| 09.11.2007 | Fuerstliches Landesgericht | 185'284.90 |
| 15.01.2008 | Dr. iur. Johannes Grabher | 2'965.44 |
| 15.02.2008 | Dr. iur. Johannes Grabher | 7'047.43 |

Total Payments to Third Partys

**Creditors as of August 20th, 2008**

| | | | |
|---|---|---|---|
| Dr. iur. Johannes Grabher | CHF | 15'784.40 | 14'615.19 |
| Industrie- und Finanzkontor | CHF | 3'054.70 | 2'828.43 |
| Total creditors | CHF | 18'839.10 | 17'443.62 |

# EXHIBIT 7

Advokaturbüro    Rechtsanwalt
Dr.iur. Gerhard R. Holzhacker M.B.L.-HSG

# HOLZHACKER

Aurora ICE Processing Center
Mr. Solomon Cohen
11901, East 30th Avenue
AURORA – Colorado 80010                         January 5, 2009
U.S.A.                                          HG/bea - 08/002

**Corinne Diaz Trust**

Dear Mr. Cohen

Enclosed herewith I may send you the following documents:

- A letter from the Princely District Court dated December 18, 2008, concerning the Procedure 10 HG.2008.17. Said letter is addressed to you and was served on me as your representative. According to said letter you are notified of your obligation to inform the Princely District Court at the end of each consecutive year without further reminder of whether your financial situation allows you to repay the amount spend on legal aid.

- An Application of Dr. Wanger filed on December 19, 2008 plus certain of the enclosures mentioned therein, especially the Statement of Fees of Dr. Grabher and a letter of Davenport Lyons dated November 27, 2008 concerning an estimate of fees.

- Notification of the Court dated December 23, 2008 which was served on me together with the Application of Dr. Wanger on December 30 setting a term of 2 weeks in order to file eventual comments on Dr. Wanger's application until Tuesday, January 13, 2009 at the latest.

Dr. Wanger asks with said application that the freezing order is amended in a way that he is allowed to deduct an amount of CHF 233'284.55 'in order to cover his expenses'.

Hoping to have been of assistance to you, I remain

                                                Yours sincerely

encl. ment.                                     Dr. Gerhard Holzhacker

Josef Rheinberger Strasse 11    Telefon +423 239 66 33    office@holzhacker-lawfirm.com
P.O. Box 656, FL-9490 Vaduz     Telefax +423 239 66 44    www.holzhacker-lawfirm.com
Fürstentum Liechtenstein

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO  FILED

UNITED STATES DISTRICT COURT
DENVER, COLORADO

Case No          '09 - CV - 00844

APR 1 3 2009

Solomon Ben- Tov COHEN Pro- SE,
Plaintiff

GREGORY C. LANGHAM
CLERK

v

Isaac Delong, Special Agent F.B.I. Los Angeles, California

F.B.I. Los Angeles, State of California

and

F.B.I. Denver, State of Colorado

Defendants

---

## MOTION FOR THE APPOINTMENT OF COUNSEL

---

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached he following:

An affidavit relating to my inability to pay costs and fees.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

David A Lane, Killmer Lane & Newman LLP- see attached copies of letters
Coloado Legal Services (303) 837- 1313
Colorado Civil Rights (303) 837-2997

Date: 04/03/09

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 7 2009

GREGORY C. LANGHAM
CLERK

Signature

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

SOLOMON BEN-TOV COHEN , Plaintiff,

pro se

v.

ISAAC DELONG, SPECIAL AGENT,
F.B.I. LOS ANGELES, CA

FEDERAL BUREAU OF INVESTIGATION ("F.B.I")
LOS ANGELES, STATE OF CALIFORNIA

FEDERAL BUREAU OF INVESTIGATION , Defendant(s).
DENVER, STATE OF COLORADO

## PRISONER'S MOTION AND AFFIDAVIT

I request leave to commence this civil action without prepayment of fees or security

therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1.  I am unable to pay such fees or give security therefor.

2.  I am entitled to redress.

3.  The nature of this action is:

CIVIL RIGHTS VIOLATION ; AND

REQUEST FOR ORDER UNDER ADMINISTRATIVE PROCEEDINGS ACT

(Rev. 11/01/04)

4. My assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

ETRADE BANK A/C          $76

INMATE     A/C          $50

5. Are you in imminent danger of serious physical injury?

___ Yes  ✓ No  (CHECK ONE). If you answered yes, briefly explain your answer:

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on     04/03/09
                  (Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official of each penal institution at which you are or were confined during the six-month period.

(Rev. 11/01/04)                    2.

```
                           THE GEO GROUP, INC.
==================================================================

                       Resident Account Summary
                     Friday, March 27, 2009  @07:48
==================================================================
For Inmate ID: L2580     COHEN, SOLOMON
------------------------------------------------------------------
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 03/26/2009 | EPR | OID:100080648-ComisaryPur | -30.49 | 49.94 | 0.00 | 0.00 | |
| 03/26/2009 | PHONE CARDS | SEG | -40.00 | 80.43 | 0.00 | 0.00 | |
| 03/23/2009 | PHONE CARDS | C | -20.00 | 120.43 | 0.00 | 0.00 | |
| 03/23/2009 | DEPCA | INTAKE 03/21/09   2556565 | 68.00 | 140.43 | 0.00 | 0.00 | |
| 03/23/2009 | DEPCA | INTAKE 03/21/09   2556564 | 60.00 | 72.43 | 0.00 | 0.00 | |
| 03/20/2009 | STAMPS | DENVER XERT. 03/20/09 | -9.85 | 12.43 | 0.00 | 0.00 | |
| 03/20/2009 | STAMPS | DENVER 03/20/09 | -1.51 | 22.28 | 0.00 | 0.00 | |
| 03/19/2009 | EPR | OID:100080481-ComisaryPur | -31.41 | 23.79 | 0.00 | 0.00 | |
| 03/19/2009 | PAYROLL | WEST  03/18/09 | 1.00 | 55.20 | 0.00 | 0.00 | |
| 03/17/2009 | PHONE CARDS | C | -20.00 | 54.20 | 0.00 | 0.00 | |
| 03/16/2009 | DEPCA | INTAKE 03/13/09   2556388 | 67.00 | 74.20 | 0.00 | 0.00 | |
| 03/13/2009 | STAMPS | VA EXP. 03/13/09 | -17.50 | 7.20 | 0.00 | 0.00 | |
| 03/12/2009 | EPR | OID:100080234-ComisaryPur | -23.44 | 24.70 | 0.00 | 0.00 | |
| 03/09/2009 | PHONE CARDS | C | -5.00 | 48.14 | 0.00 | 0.00 | |
| 03/09/2009 | STAMPS | VA CERT. 03/09/09 | -5.32 | 53.14 | 0.00 | 0.00 | |
| 03/09/2009 | STAMPS | PUEBLO 03/09/09 | -5.90 | 58.46 | 0.00 | 0.00 | |
| 03/09/2009 | STAMPS | PALM SPRINGS CERT. 03/09/ | -5.32 | 64.36 | 0.00 | 0.00 | |
| 03/09/2009 | DEPCA | INTAKE 03/07/09   2556244 | 68.00 | 69.68 | 0.00 | 0.00 | |
| 03/06/2009 | CASH | CASHIERS CK/FEE TO DET - | -107.00 | 1.68 | 0.00 | 0.00 | |
| 03/06/2009 | MISC | CK #15011 TO POST NET | -50.00 | 108.68 | 0.00 | 0.00 | |
| 03/05/2009 | EPR | OID:100079979-ComisaryPur | -47.83 | 158.68 | 0.00 | 0.00 | |
| 03/05/2009 | PHONE CARDS | C | -20.00 | 206.51 | 0.00 | 0.00 | |
| 03/05/2009 | STAMPS | PUEBLO CERT. 03/05/09 | -5.90 | 226.51 | 0.00 | 0.00 | |
| 03/05/2009 | STAMPS | DENVER  CERT. 03/05/09 | -6.58 | 232.41 | 0.00 | 0.00 | |
| 03/03/2009 | STAMPS | DENVER CERT. 03/03/09 | -6.07 | 238.99 | 0.00 | 0.00 | |
| 03/02/2009 | STAMPS | NY. N.Y. CERT. 03/02/09 | -5.32 | 245.06 | 0.00 | 0.00 | |
| 03/02/2009 | PHONE CARDS | C | -20.00 | 250.38 | 0.00 | 0.00 | |
| 03/02/2009 | CASH | CASHIERS CK/FEE TO COLUMB | -52.00 | 270.38 | 0.00 | 0.00 | |
| 03/02/2009 | STAMPS | VA EXP. 03/02/09 | -17.50 | 322.38 | 0.00 | 0.00 | |
| 03/02/2009 | STAMPS | WA, D.C. 03/02/09 | -4.95 | 339.88 | 0.00 | 0.00 | |
| 03/02/2009 | STAMPS | VISTA CERT. 03/02/09 | -6.92 | 344.83 | 0.00 | 0.00 | |
| 03/02/2009 | STAMPS | DENVER CERT. 03/02/09 | -6.58 | 351.75 | 0.00 | 0.00 | |
| 03/02/2009 | STAMPS | CA CERT. 03/02/09 | -6.92 | 358.33 | 0.00 | 0.00 | |
| 03/02/2009 | STAMPS | NY,NY. 03/02/09 | -5.49 | 365.25 | 0.00 | 0.00 | |
| 03/02/2009 | DEPCA | INTAKE 02/27/09   2535341 | 70.00 | 370.74 | 0.00 | 0.00 | |
| 02/27/2009 | PHONE CARDS | C | -20.00 | 300.74 | 0.00 | 0.00 | |
| 02/27/2009 | PAYROLL | WEST 02/26/09 | 1.00 | 320.74 | 0.00 | 0.00 | |
| 02/26/2009 | EPR | OID:100079732-ComisaryPur | -30.35 | 319.74 | 0.00 | 0.00 | |
| 02/26/2009 | STAMPS | L.A. CA. CERT. 02/26/09 | -5.49 | 350.09 | 0.00 | 0.00 | |
| 02/26/2009 | STAMPS | WA.D.C. CERT. 02/26/09 | -5.49 | 355.58 | 0.00 | 0.00 | |
| 02/26/2009 | STAMPS | WA.D.C. PRO 02/26/09 | -4.95 | 361.07 | 0.00 | 0.00 | |
| 02/26/2009 | STAMPS | WA.D.C. PRIOR. 02/26/09 | -4.95 | 366.02 | 0.00 | 0.00 | |
| 02/24/2009 | STAMPS | N.Y. 02/24/09 | -6.24 | 370.97 | 0.00 | 0.00 | |
| 02/24/2009 | STAMPS | MIAMI CERT. 02/24/09 | -5.32 | 377.21 | 0.00 | 0.00 | |
| 02/23/2009 | PHONE CARDS | C | -20.00 | 382.53 | 0.00 | 0.00 | |
| 02/23/2009 | STAMPS | WA D.C.   EXP. 02/23/09 | -17.50 | 402.53 | 0.00 | 0.00 | |
| 02/23/2009 | STAMPS | DENVER CERT. 02/23/09 | -5.32 | 420.03 | 0.00 | 0.00 | |
| 02/23/2009 | DEPCA | INTAKE 02/21/09   2534871 | 68.00 | 425.35 | 0.00 | 0.00 | |
| 02/19/2009 | EPR | OID:100079449-ComisaryPur | -90.23 | 357.35 | 0.00 | 0.00 | |
| 02/19/2009 | STAMPS | WA D.C. CERT. 02/19/09 | -5.32 | 447.58 | 0.00 | 0.00 | |
| 02/19/2009 | STAMPS | DENVER CERT. 02/19/09 | -6.24 | 452.90 | 0.00 | 0.00 | |
| 02/18/2009 | STAMPS | WA.DC.CERT. 02/18/09 | -9.85 | 459.14 | 0.00 | 0.00 | |
| 02/18/2009 | STAMPS | WA.DC.CERT. 02/18/09 | -9.85 | 468.99 | 0.00 | 0.00 | |
| 02/18/2009 | DEPCA | INTAKE 02/17/09   2536359 | 30.00 | 478.84 | 0.00 | 0.00 | |
| 02/18/2009 | DEPCA | INTAKE 02/17/09   2536358 | 70.00 | 448.84 | 0.00 | 0.00 | |
| 02/17/2009 | STAMPS | LONDON 02/17/09 | -6.80 | 378.84 | 0.00 | 0.00 | |
| 02/17/2009 | STAMPS | MIAMI CERT. 02/17/09 | -5.49 | 385.64 | 0.00 | 0.00 | |
| 02/13/2009 | PHONE CARDS | C | -20.00 | 391.13 | 0.00 | 0.00 | |
| 02/13/2009 | STAMPS | DENVER CERT. 02/13/09 | -9.85 | 411.13 | 0.00 | 0.00 | |
| 02/12/2009 | EPR | OID:100079216-ComisaryPur | -54.79 | 420.98 | 0.00 | 0.00 | |
| 02/12/2009 | PHONE CARDS | C | -20.00 | 475. | 0.00 | 0.00 | |
| 02/11/2009 | STAMPS | VIRGINIA 02/11/09 | -5.32 | 495.7 | | | |

```
------------------------------------------------------------------
                              Page 1
```

3-31-09

BRIDGET HARRIS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 6/17/2012

```
                        THE GEO GROUP, INC.
==========================================================================

                        Resident Account Summary
                      Friday, March 27, 2009  @07:48

==========================================================================
For Inmate ID: L2580    COHEN, SOLOMON
--------------------------------------------------------------------------
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 02/10/2009 | STAMPS | WA,DC. EXP. 02/10/09 | -17.50 | 501.09 | 0.00 | 0.00 | |
| 02/10/2009 | DEPCA | INTAKE 02/09/09  2535548 | 70.00 | 518.59 | 0.00 | 0.00 | |
| 02/09/2009 | PHONE CARDS | C | -20.00 | 448.59 | 0.00 | 0.00 | |
| 02/09/2009 | STAMPS | ENGLAND 02/09/09 | -6.00 | 468.59 | 0.00 | 0.00 | |
| 02/09/2009 | STAMPS | KANSAS CITY, MO 02/09/09 | -6.75 | 474.59 | 0.00 | 0.00 | |
| 02/09/2009 | STAMPS | DENVER 02/09/09 | -6.24 | 481.34 | 0.00 | 0.00 | |
| 02/09/2009 | STAMPS | NY 02/09/09 | -5.49 | 487.58 | 0.00 | 0.00 | |
| 02/09/2009 | STAMPS | WASH. D.C. 02/09/09 | -5.32 | 493.07 | 0.00 | 0.00 | |
| 02/06/2009 | STAMPS | DENVER CERT. 02/06/09 | -11.00 | 498.39 | 0.00 | 0.00 | |
| 02/05/2009 | EPR | OID:100078979-ComisaryPur | -35.89 | 509.39 | 0.00 | 0.00 | |
| 02/04/2009 | PHONE CARDS | C | -20.00 | 545.28 | 0.00 | 0.00 | |
| 02/04/2009 | STAMPS | NY. CERT. 02/04/09 | -5.49 | 565.28 | 0.00 | 0.00 | |
| 02/04/2009 | STAMPS | LIECHTENSTEIN 02/04/09 | -27.95 | 570.77 | 0.00 | 0.00 | |
| 02/02/2009 | PHONE CARDS | C | -20.00 | 598.72 | 0.00 | 0.00 | |
| 02/02/2009 | STAMPS | LOS ANGELES CERT. 2/2/09 | -5.32 | 618.72 | 0.00 | 0.00 | |
| 02/02/2009 | DEPCA | INTAKE 01/31/09  2533561 | 67.00 | 624.04 | 0.00 | 0.00 | |
| 01/30/2009 | PHONE CARDS | C | -20.00 | 557.04 | 0.00 | 0.00 | |
| 01/30/2009 | STAMPS | DENVER CERT. 1/30/09 | -6.07 | 577.04 | 0.00 | 0.00 | |
| 01/29/2009 | EPR | OID:100078776-ComisaryPur | -42.96 | 583.11 | 0.00 | 0.00 | |
| 01/29/2009 | PHONE CARDS | C | -20.00 | 626.07 | 0.00 | 0.00 | |
| 01/28/2009 | PHONE CARDS | C | -20.00 | 646.07 | 0.00 | 0.00 | |
| 01/28/2009 | STAMPS | WA, D.C. EX-FLAT 01/28/09 | -17.50 | 666.07 | 0.00 | 0.00 | |
| 01/27/2009 | PHONE CARDS | C | -20.00 | 683.57 | 0.00 | 0.00 | |
| 01/27/2009 | STAMPS | MAILED 1/27/09 - EXPRESS | -51.25 | 703.57 | 0.00 | 0.00 | |
| 01/27/2009 | STAMPS | MAILED 1/27/09 - UK | -10.10 | 754.82 | 0.00 | 0.00 | |
| 01/26/2009 | PHONE CARDS | C | -20.00 | 764.92 | 0.00 | 0.00 | |
| 01/26/2009 | DEPCA | INTAKE 01/24/09  2534733 | 70.00 | 784.92 | 0.00 | 0.00 | |
| 01/22/2009 | EPR | OID:100078533-ComisaryPur | -38.16 | 714.92 | 0.00 | 0.00 | |
| 01/22/2009 | DEPMO | INTAKE 01/21/09  2565866 | 150.00 | 753.08 | 0.00 | 0.00 | |
| 01/20/2009 | PHONE CARDS | C | -40.00 | 603.08 | 0.00 | 0.00 | |
| 01/19/2009 | DEPCA | INTAKE 01/17/09  2565730 | 72.00 | 643.08 | 0.00 | 0.00 | |
| 01/16/2009 | PHONE CARDS | C | -25.00 | 571.08 | 0.00 | 0.00 | |
| 01/16/2009 | DEPCA | INTAKE 01/15/09  2565688 | 8.00 | 596.08 | 0.00 | 0.00 | |
| 01/15/2009 | EPR | OID:100078262-ComisaryPur | -34.44 | 588.08 | 0.00 | 0.00 | |
| 01/14/2009 | DEPCK | INTAKE 01/14/09  411595 | 350.70 | 622.52 | 0.00 | 0.00 | |
| 01/14/2009 | STAMPS | DENVER,01/14/09 | -9.70 | 271.82 | 0.00 | 0.00 | |
| 01/13/2009 | STAMPS | WASH. D.C. 01/13/09 | -9.70 | 281.52 | 0.00 | 0.00 | |
| 01/13/2009 | STAMPS | PUEBLO,CO 01/13/09 | -5.32 | 291.22 | 0.00 | 0.00 | |
| 01/13/2009 | DEPCA | INTAKE 01/12/09  2565588 | 70.00 | 296.54 | 0.00 | 0.00 | |
| 01/12/2009 | PHONE CARDS | C | -20.00 | 226.54 | 0.00 | 0.00 | |
| 01/12/2009 | STAMPS | LONDON 01/12/09 | -25.95 | 246.54 | 0.00 | 0.00 | |
| 01/12/2009 | STAMPS | NEWYORK01/12/09 | -5.49 | 272.49 | 0.00 | 0.00 | |
| 01/12/2009 | STAMPS | VIRGINIA 01/12/09 | -5.32 | 277.98 | 0.00 | 0.00 | |
| 01/12/2009 | STAMPS | DENVER 01/12/09 | -0.42 | 283.30 | 0.00 | 0.00 | |
| 01/12/2009 | DEPCA | INTAKE 01/10/09 2565569 | 70.00 | 283.72 | 0.00 | 0.00 | |
| 01/09/2009 | PHONE CARDS | C | -25.00 | 213.72 | 0.00 | 0.00 | |
| 01/08/2009 | EPR | OID:100078004-ComisaryPur | -18.35 | 238.72 | 0.00 | 0.00 | |
| 01/08/2009 | STAMPS | CERTIFIED LA, CA 01/08/09 | -5.32 | 257.07 | 0.00 | 0.00 | |
| 01/06/2009 | STAMPS | EXPRESS FLAT D.C. | -16.50 | 262.39 | 0.00 | 0.00 | |
| 01/06/2009 | PHONE CARDS | C | -20.00 | 278.89 | 0.00 | 0.00 | |
| 01/06/2009 | DEPCA | INTAKE 01/05/09  2565398 | 71.00 | 298.89 | 0.00 | 0.00 | |
| 01/05/2009 | PHONE CARDS | C | -25.00 | 227.89 | 0.00 | 0.00 | |
| 01/05/2009 | STAMPS | VIRGINIA EXPRESS FLAT | -16.50 | 252.89 | 0.00 | 0.00 | |
| 01/05/2009 | STAMPS | DENVER 01/05/09 | -5.20 | 269.39 | 0.00 | 0.00 | |
| 01/05/2009 | STAMPS | DENVER CERTIF 01/05/09 | -10.10 | 274.59 | 0.00 | 0.00 | |
| 01/05/2009 | STAMPS | DENVER CERT. 01/05/09 | -6.07 | 284.69 | 0.00 | 0.00 | |
| 12/31/2008 | EPR | OID:100077754-ComisaryPur | -34.23 | 290.76 | 0.00 | 0.00 | |
| 12/31/2008 | PHONE CARDS | C | -25.00 | 324.99 | 0.00 | 0.00 | |
| 12/30/2008 | DEPCA | INTAKE 12/29/08  2565232 | 144.00 | 349.99 | 0.00 | 0.00 | |
| 12/29/2008 | PAYROLL | WEST CORE 12/28/08 | 1.00 | 205.99 | 0.00 | 0.00 | |
| 12/26/2008 | DEPCA | INTAKE 12/24/08  2565146 | 75.00 | 204.99 | 0.00 | 0.00 | |
| 12/24/2008 | EPR | OID:100077505-ComisaryPur | -10.53 | 129.99 | 0.00 | 0.00 | |

3-31-09

**BRIDGET HARRIS**
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 6/17/2012

```
                           THE GEO GROUP, INC.
          ===================================================
                        Resident Account Summary
                    Friday, March 27, 2009  @07:48
          ===================================================
For Inmate ID: L2580    COHEN, SOLOMON
----------------------------------------------------------------------------
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 12/23/2008 | PHONE CARDS | C | -20.00 | 140.52 | 0.00 | 0.00 | |
| 12/23/2008 | DEPCA | INTAKE 12/22/08  2565061 | 148.00 | 160.52 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 12.52 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 17.32 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 22.12 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 26.92 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 31.72 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 36.52 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 41.32 | 0.00 | 0.00 | |
| 12/22/2008 | STAMPS | PRIORITY - DENVER 12/22/0 | -4.80 | 46.12 | 0.00 | 0.00 | |
| 12/19/2008 | PHONE CARDS | C | -20.00 | 50.92 | 0.00 | 0.00 | |
| 12/19/2008 | STAMPS | STAMPS 12/19/08 | -5.32 | 70.92 | 0.00 | 0.00 | |
| 12/19/2008 | STAMPS | STAMPS 12/19/08 | -0.94 | 76.24 | 0.00 | 0.00 | |
| 12/19/2008 | STAMPS | STAMPS 12/19/08 | -0.94 | 77.18 | 0.00 | 0.00 | |
| 12/18/2008 | STAMPS | CERTIFIED MAIL 12/18/08 | -11.95 | 78.12 | 0.00 | 0.00 | |
| 12/18/2008 | EPR | OID:100077256-ComisaryPur | -55.18 | 90.07 | 0.00 | 0.00 | |
| 12/17/2008 | PHONE CARDS | C | -5.00 | 145.25 | 0.00 | 0.00 | |
| 12/15/2008 | PHONE CARDS | C | -15.00 | 150.25 | 0.00 | 0.00 | |
| 12/15/2008 | STAMPS | STAMPS 12/15/08 | -5.20 | 165.25 | 0.00 | 0.00 | |
| 12/15/2008 | PAYROLL | WEST 12/14/08 | 1.00 | 170.45 | 0.00 | 0.00 | |
| 12/12/2008 | DEPCA | INTAKE 12/11/08  2564759 | 72.00 | 169.45 | 0.00 | 0.00 | |
| 12/11/2008 | EPR | OID:100077028-ComisaryPur | -55.25 | 97.45 | 0.00 | 0.00 | |
| 12/08/2008 | PHONE CARDS | C | -25.00 | 152.70 | 0.00 | 0.00 | |
| 12/08/2008 | STAMPS | EXPRESS MAIL (VIRGINIA) | -16.50 | 177.70 | 0.00 | 0.00 | |
| 12/08/2008 | DEPCA | INTAKE 12/05/08  2564589 | 75.00 | 194.20 | 0.00 | 0.00 | |
| 12/05/2008 | PHONE CARDS | C | -25.00 | 119.20 | 0.00 | 0.00 | |
| 12/05/2008 | STAMPS | CERTIFIED MAIL | -7.43 | 144.20 | 0.00 | 0.00 | |
| 12/05/2008 | STAMPS | CERTIFIED MAIL | -5.90 | 151.63 | 0.00 | 0.00 | |
| 12/04/2008 | EPR | OID:100076787-ComisaryPur | -40.81 | 157.53 | 0.00 | 0.00 | |
| 12/04/2008 | PHONE CARDS | C | -20.00 | 198.34 | 0.00 | 0.00 | |
| 12/04/2008 | STAMPS | 12/04/08 AIRMAIL TO LIECH | -2.00 | 218.34 | 0.00 | 0.00 | |
| 12/03/2008 | MISC | CK #14745 TO COLO STATE P | -5.40 | 220.34 | 0.00 | 0.00 | |
| 12/02/2008 | PHONE CARDS | C | -20.00 | 225.74 | 0.00 | 0.00 | |
| 12/01/2008 | STAMPS | STAMPS (EXPRESS MAIL) 12/ | -25.40 | 245.74 | 0.00 | 0.00 | |
| 12/01/2008 | DEPCA | INTAKE 11/29/08  2564409 | 73.00 | 271.14 | 0.00 | 0.00 | |
| 11/26/2008 | EPR | OID:100076572-ComisaryPur | -46.58 | 198.14 | 0.00 | 0.00 | |
| 11/26/2008 | STAMPS | STAMPS 11/26/08 | -1.68 | 244.72 | 0.00 | 0.00 | |
| 11/25/2008 | STAMPS | STAMPS 11/25/08   PRIORITY | -4.80 | 246.40 | 0.00 | 0.00 | |
| 11/24/2008 | STAMPS | STAMPS 11/24/08 CERTIFIED | -5.32 | 251.20 | 0.00 | 0.00 | |
| 11/24/2008 | STAMPS | STAMPS 11/24/08 PRIORITY | -4.80 | 256.52 | 0.00 | 0.00 | |
| 11/24/2008 | STAMPS | STAMPS 11/24/08 | -4.80 | 261.32 | 0.00 | 0.00 | |
| 11/24/2008 | STAMPS | STAMPS 11/24/08 EXPRESS | -19.25 | 266.12 | 0.00 | 0.00 | |
| 11/24/2008 | PHONE CARDS | C | -25.00 | 285.37 | 0.00 | 0.00 | |
| 11/24/2008 | DEPCA | INTAKE 11/21/08  2564175 | 72.00 | 310.37 | 0.00 | 0.00 | |
| 11/21/2008 | PHONE CARDS | C | -25.00 | 238.37 | 0.00 | 0.00 | |
| 11/20/2008 | EPR | OID:100076318-ComisaryPur | -46.33 | 263.37 | 0.00 | 0.00 | |
| 11/19/2008 | PAYROLL | WEST 11/18/08 | 1.00 | 309.70 | 0.00 | 0.00 | |
| 11/18/2008 | DEPCA | INTAKE11/17/08  2563932 | 76.00 | 308.70 | 0.00 | 0.00 | |
| 11/17/2008 | STAMPS | STAMPS 11/17/08 | -6.07 | 232.70 | 0.00 | 0.00 | |
| 11/17/2008 | PHONE CARDS | C | -25.00 | 238.77 | 0.00 | 0.00 | |
| 11/13/2008 | EPR | OID:100076084-ComisaryPur | -39.05 | 263.77 | 0.00 | 0.00 | |
| 11/13/2008 | STAMPS | STAMPS 11/13/08 | -6.41 | 302.82 | 0.00 | 0.00 | |
| 11/13/2008 | STAMPS | STAMPS 11/13/08 | -9.70 | 309.23 | 0.00 | 0.00 | |
| 11/13/2008 | STAMPS | STAMPS 11/13/08 | -4.80 | 318.93 | 0.00 | 0.00 | |
| 11/13/2008 | STAMPS | STAMPS 11/13/08 | -4.80 | 323.73 | 0.00 | 0.00 | |
| 11/12/2008 | STAMPS | STAMPS 11/12/2008 | -5.32 | 328.53 | 0.00 | 0.00 | |
| 11/12/2008 | DEPCA | INTAKE11/10/08  2563769 | 75.00 | 333.85 | 0.00 | 0.00 | |
| 11/10/2008 | PHONE CARDS | C | -20.00 | 258.85 | 0.00 | 0.00 | |
| 11/10/2008 | STAMPS | STAMPS 11/10/08 | -5.90 | 278.85 | 0.00 | 0.00 | |
| 11/10/2008 | DEPCA | INTAKE11/07/08  2563695 | 80.00 | 284.75 | 0.00 | 0.00 | |
| 11/06/2008 | EPR | OID:100075844-ComisaryPur | -49.29 | 204.75 | 0.00 | 0.00 | |
| 11/06/2008 | DEPCK | INTAKE 11/05/08  2563602 | 250.00 | 254.04 | 0.00 | 0.00 | |

```
----------------------------------------------------------------------------
                                Page 3
```

3-31-09

BRIDGET HARRIS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 6/17/2012

```
                          THE GEO GROUP, INC.
      !=====================================================================!
                        Resident Account Summary
                     Friday, March 27, 2009  @07:48
      !=====================================================================!
For Inmate ID: L2580    COHEN, SOLOMON
----------------------------------------------------------------------------
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 11/05/2008 | STAMPS | STAMPS  11/05/08 | -7.09 | 4.04 | 0.00 | 0.00 | |
| 11/04/2008 | STAMPS | STAMPS 11/04/08 | -7.09 | 11.13 | 0.00 | 0.00 | |
| 10/30/2008 | EPR | OID:100075636-ComisaryPur | -39.79 | 18.22 | 0.00 | 0.00 | |
| 10/30/2008 | STAMPS | STAMPS/MAIL 10/30/08 | -5.21 | 58.01 | 0.00 | 0.00 | |
| 10/29/2008 | CASH | CASHIERS CK _FEE - MELISS | -12.00 | 63.22 | 0.00 | 0.00 | |
| 10/28/2008 | STAMPS | STAMPS 10/28/08 | -1.74 | 75.22 | 0.00 | 0.00 | |
| 10/27/2008 | STAMPS | STAMPS 10/27/08 | -5.49 | 76.96 | 0.00 | 0.00 | |
| 10/23/2008 | EPR | OID:100075424-ComisaryPur | -52.36 | 82.45 | 0.00 | 0.00 | |
| 10/21/2008 | PHONE CARDS | C_____ | -20.00 | 134.81 | 0.00 | 0.00 | |
| 10/21/2008 | STAMPS | STAMPS 10/21/2008 | -3.60 | 154.81 | 0.00 | 0.00 | |
| 10/20/2008 | STAMPS | STAMPS  10/20/2008 | -6.58 | 158.41 | 0.00 | 0.00 | |
| 10/20/2008 | DEPCA | INTAKE 10/17/08  2562999 | 10.00 | 164.99 | 0.00 | 0.00 | |
| 10/17/2008 | STAMPS | STAMPS 10/17/2008 | -5.32 | 154.99 | 0.00 | 0.00 | |
| 10/16/2008 | EPR | OID:100075191-ComisaryPur | -42.48 | 160.31 | 0.00 | 0.00 | |
| 10/16/2008 | PHONE CARDS | C_____ | -40.00 | 202.79 | 0.00 | 0.00 | |
| 10/16/2008 | STAMPS | STAMPS 10/16/2008 | -0.16 | 242.79 | 0.00 | 0.00 | |
| 10/15/2008 | PHONE CARDS | C_____ | -40.00 | 242.95 | 0.00 | 0.00 | |
| 10/15/2008 | STAMPS | STAMPS 10/15/2008 | -8.45 | 282.95 | 0.00 | 0.00 | |
| 10/15/2008 | STAMPS | STAMPS 10/15/2008 | -6.00 | 291.40 | 0.00 | 0.00 | |
| 10/15/2008 | STAMPS | STAMPS 10/15/2008 | -9.70 | 297.40 | 0.00 | 0.00 | |
| 10/15/2008 | DEPMO | INTAKE 10/14/08  2562915 | 300.00 | 307.10 | 0.00 | 0.00 | |
| 10/14/2008 | PHONE CARDS | C_____ | -10.00 | 7.10 | 0.00 | 0.00 | |
| 10/14/2008 | DEPCA | INTAKE 10/11/08  2562845 | 10.00 | 17.10 | 0.00 | 0.00 | |
| 10/14/2008 | STAMPS | STAMPS 10/14/2008 | -4.90 | 7.10 | 0.00 | 0.00 | |
| 10/14/2008 | STAMPS | STAMPS 10/14/2008 | -4.80 | 12.00 | 0.00 | 0.00 | |
| 10/14/2008 | STAMPS | STAMPS 10/14/2008 | -6.58 | 16.80 | 0.00 | 0.00 | |
| 10/10/2008 | PHONE CARDS | C_____ | -40.00 | 23.38 | 0.00 | 0.00 | |
| 10/09/2008 | EPR | OID:100074938-ComisaryPur | -51.83 | 63.38 | 0.00 | 0.00 | |
| 10/08/2008 | PHONE CARDS | C_____ | -5.00 | 115.21 | 0.00 | 0.00 | |
| 10/08/2008 | STAMPS | STAMPS 10/08/2008 | -6.07 | 120.21 | 0.00 | 0.00 | |
| 10/08/2008 | STAMPS | STAMPS 10/08/2008 | -1.17 | 126.28 | 0.00 | 0.00 | |
| 10/07/2008 | PHONE CARDS | C_____ | -50.00 | 127.45 | 0.00 | 0.00 | |
| 10/06/2008 | PHONE CARDS | C_____ | -40.00 | 177.45 | 0.00 | 0.00 | |
| 10/06/2008 | DEPCA | INTAKE 10/03/08  2562570 | 20.00 | 217.45 | 0.00 | 0.00 | |
| 10/03/2008 | STAMPS | STAMPS 10/03/08 | -7.80 | 197.45 | 0.00 | 0.00 | |
| 10/03/2008 | PHONE CARDS | C_____ | -45.00 | 205.25 | 0.00 | 0.00 | |
| 10/02/2008 | EPR | OID:100074676-ComisaryPur | -37.49 | 250.25 | 0.00 | 0.00 | |
| 10/01/2008 | PHONE CARDS | C_____ | -40.00 | 287.74 | 0.00 | 0.00 | |
| 09/29/2008 | DEPCA | INTAKE 09/26/08  2562327 | 20.00 | 327.74 | 0.00 | 0.00 | |
| 09/26/2008 | PHONE CARDS | C_____ | -40.00 | 307.74 | 0.00 | 0.00 | |
| 09/26/2008 | STAMPS | STAMPS 09/26/2008 | -3.60 | 347.74 | 0.00 | 0.00 | |
| 09/25/2008 | EPR | OID:100074420-ComisaryPur | -59.00 | 351.34 | 0.00 | 0.00 | |
| 09/25/2008 | PHONE CARDS | C_____ | -40.00 | 410.34 | 0.00 | 0.00 | |
| 09/24/2008 | STAMPS | STAMPS 09/24/2008 | -9.70 | 450.34 | 0.00 | 0.00 | |
| 09/23/2008 | DEPCA | INTAKE 09/22/08  2535481 | 10.00 | 460.04 | 0.00 | 0.00 | |
| 09/22/2008 | DEPCA | INTAKE 09/20/08  2535423 | 10.00 | 450.04 | 0.00 | 0.00 | |
| 09/19/2008 | PHONE CARDS | C_____ | -50.00 | 440.04 | 0.00 | 0.00 | |
| 09/18/2008 | EPR | OID:100074175-ComisaryPur | -33.84 | 490.04 | 0.00 | 0.00 | |
| 09/18/2008 | DEPMO | INTAKE 09/17/08  2536736 | 300.00 | 523.88 | 0.00 | 0.00 | |
| 09/16/2008 | PHONE CARDS | C_____ | -40.00 | 223.88 | 0.00 | 0.00 | |
| 09/16/2008 | DEPCA | INTAKE 09/15/08  2534711 | 10.00 | 263.88 | 0.00 | 0.00 | |
| 09/15/2008 | PHONE CARDS | C_____ | -40.00 | 253.88 | 0.00 | 0.00 | |
| 09/15/2008 | DEPCA | INTAKE 09/12/08  2534632 | 10.00 | 293.88 | 0.00 | 0.00 | |
| 09/12/2008 | PHONE CARDS | C_____ | -40.00 | 283.88 | 0.00 | 0.00 | |
| 09/12/2008 | DEPCA | INTAKE 09/11/08  2534591 | 10.00 | 323.88 | 0.00 | 0.00 | |
| 09/11/2008 | EPR | OID:100073918-ComisaryPur | -68.82 | 313.88 | 0.00 | 0.00 | |
| 09/11/2008 | PHONE CARDS | C_____ | -40.00 | 382.70 | 0.00 | 0.00 | |
| 09/11/2008 | DEPCA | INTAKE 09/10/08  2534521 | 10.00 | 422.70 | 0.00 | 0.00 | |
| 09/10/2008 | DEPMO | INTAKE 09/09/08  2534002 | 300.00 | 412.70 | 0.00 | 0.00 | |
| 09/09/2008 | DEPCA | INTAKE 09/08/08  2533995 | 10.00 | 112.70 | 0.00 | 0.00 | |
| 09/08/2008 | PHONE CARDS | C_____ | -50.00 | 102.70 | 0.00 | 0.00 | |
| 09/05/2008 | PHONE CARDS | C_____ | -40.00 | 152.70 | 0.00 | 0.00 | |

```
----------------------------------------------------------------------------
                              Page 4
```

BRIDGET HARRIS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 6/17/2012

3-31-09

```
                              THE GEO GROUP, INC.
          ==============================================================

                           Resident Account Summary
                         Friday, March 27, 2009  @07:48
          ==============================================================

For Inmate ID: L2580    COHEN, SOLOMON
-------------------------------------------------------------------------
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 09/04/2008 | EPR | OID:100073629-ComisaryPur | -48.17 | 192.70 | 0.00 | 0.00 | |
| 09/03/2008 | PHONE CARDS | C | -40.00 | 240.87 | 0.00 | 0.00 | |
| 09/03/2008 | DEPCA | INTAKE 09/02/08   2573112 | 50.00 | 280.87 | 0.00 | 0.00 | |
| 09/02/2008 | DEPCA | INTAKE 08/30/08   2573042 | 50.00 | 230.87 | 0.00 | 0.00 | |
| 09/02/2008 | STAMPS | STAMPS   09/02/2008 | -4.80 | 180.87 | 0.00 | 0.00 | |
| 08/28/2008 | EPR | OID:100073355-ComisaryPur | -38.12 | 185.67 | 0.00 | 0.00 | |
| 08/28/2008 | PHONE CARDS | C | -50.00 | 223.79 | 0.00 | 0.00 | |
| 08/27/2008 | DEPCA | INTAKE 08/26/08   2569816 | 50.00 | 273.79 | 0.00 | 0.00 | |
| 08/25/2008 | PHONE CARDS | C | -20.00 | 223.79 | 0.00 | 0.00 | |
| 08/25/2008 | DEPCA | INTAKE 08/23/08   2569785 | 50.00 | 243.79 | 0.00 | 0.00 | |
| 08/21/2008 | EPR | OID:100073066-ComisaryPur | -56.94 | 193.79 | 0.00 | 0.00 | |
| 08/21/2008 | STAMPS | STAMPS   08/21/2008 | -1.34 | 250.73 | 0.00 | 0.00 | |
| 08/19/2008 | PHONE CARDS | C | -40.00 | 252.07 | 0.00 | 0.00 | |
| 08/19/2008 | STAMPS | STAMPS   08/19/2008 | -4.80 | 292.07 | 0.00 | 0.00 | |
| 08/18/2008 | DEPMO | INTAKE 08/15/08   2572990 | 50.00 | 296.87 | 0.00 | 0.00 | |
| 08/18/2008 | STAMPS | STAMPS   08/18/2008 | -4.80 | 246.87 | 0.00 | 0.00 | |
| 08/14/2008 | EPR | OID:100072826-ComisaryPur | -58.74 | 251.67 | 0.00 | 0.00 | |
| 08/14/2008 | PHONE CARDS | C | -50.00 | 310.41 | 0.00 | 0.00 | |
| 08/14/2008 | MISC | CK #14440 TO CLERK-US DIS | -5.00 | 360.41 | 0.00 | 0.00 | |
| 08/13/2008 | PAYROLL | WEST 08/12/2008 | 1.00 | 365.41 | 0.00 | 0.00 | |
| 08/11/2008 | DEPCA | INTAKE 08/08/08   2572791 | 50.00 | 364.41 | 0.00 | 0.00 | |
| 08/08/2008 | PHONE CARDS | C | -40.00 | 314.41 | 0.00 | 0.00 | |
| 08/07/2008 | EPR | OID:100072569-ComisaryPur | -40.37 | 354.41 | 0.00 | 0.00 | |
| 08/06/2008 | DEPCA | INTAKE 08/05/08   2572668 | 40.00 | 394.78 | 0.00 | 0.00 | |
| 08/05/2008 | PHONE CARDS | C | -40.00 | 354.78 | 0.00 | 0.00 | |
| 08/05/2008 | DEPCK | INTAKE 08/04/08   2572661 | 300.00 | 394.78 | 0.00 | 0.00 | |
| 08/01/2008 | PAYROLL | WEST 07/31/2008 | 1.00 | 94.78 | 0.00 | 0.00 | |
| 07/31/2008 | EPR | OID:100072299-ComisaryPur | -52.63 | 93.78 | 0.00 | 0.00 | |
| 07/31/2008 | PHONE CARDS | C | -40.00 | 146.41 | 0.00 | 0.00 | |
| 07/30/2008 | PHONE CARDS | PHONE CARD SALE 07/29/08 | -20.00 | 186.41 | 0.00 | 0.00 | |
| 07/30/2008 | DEPCA | INTAKE 07/28/08   2572111 | 40.00 | 206.41 | 0.00 | 0.00 | |
| 07/24/2008 | EPR | OID:100072076-ComisaryPur | -46.79 | 166.41 | 0.00 | 0.00 | |
| 07/23/2008 | DEPCA | INTAKE 07/22/08   2571891 | 20.00 | 213.20 | 0.00 | 0.00 | |
| 07/21/2008 | PHONE CARDS | C | -20.00 | 193.20 | 0.00 | 0.00 | |
| 07/21/2008 | DEPCA | INTAKE 07/19/08   2571864 | 50.00 | 213.20 | 0.00 | 0.00 | |
| 07/18/2008 | PHONE CARDS | C | -10.00 | 163.20 | 0.00 | 0.00 | |
| 07/17/2008 | EPR | OID:100071830-ComisaryPur | -74.90 | 173.20 | 0.00 | 0.00 | |
| 07/17/2008 | PHONE CARDS | C | -50.00 | 248.10 | 0.00 | 0.00 | |
| 07/16/2008 | DEPCA | INTAKE 07/16/08   8255 | 50.00 | 298.10 | 0.00 | 0.00 | |
| 07/16/2008 | DEPCA | INTAKE 07/15/08   2571667 | 10.00 | 248.10 | 0.00 | 0.00 | |
| 07/15/2008 | PHONE CARDS | C | -40.00 | 238.10 | 0.00 | 0.00 | |
| 07/15/2008 | DEPCK | INTAKE 07/14/08   2571660 | 200.00 | 278.10 | 0.00 | 0.00 | |
| 07/14/2008 | DEPCA | INTAKE 07/12/08   2571637 | 50.00 | 78.10 | 0.00 | 0.00 | |
| 07/14/2008 | DEPCA | INTAKE 07/12/08   2571639 | 20.00 | 28.10 | 0.00 | 0.00 | |
| 07/11/2008 | STAMPS | STAMPS   07/11/2008 | -2.36 | 8.10 | 0.00 | 0.00 | |
| 07/10/2008 | EPR | OID:100071779-ComisaryPur | -13.11 | 10.46 | 0.00 | 0.00 | |
| 07/09/2008 | STAMPS | STAMPS   07/09/2008 | -0.42 | 23.57 | 0.00 | 0.00 | |
| 07/09/2008 | STAMPS | STAMPS   07/09/2008 | -0.42 | 23.99 | 0.00 | 0.00 | |
| 07/09/2008 | STAMPS | STAMPS   07/09/2008 | -0.42 | 24.41 | 0.00 | 0.00 | |
| 07/07/2008 | PHONE CARDS | D | -10.00 | 24.83 | 0.00 | 0.00 | |
| 06/30/2008 | DEPCA | INTAKE 06/27/08   2572326 | 10.00 | 34.83 | 0.00 | 0.00 | |
| 06/27/2008 | DEPCA | INTAKE 06/26/08   2572278 | 20.00 | 24.83 | 0.00 | 0.00 | |
| 06/20/2008 | PHONE CARDS | D | -20.00 | 4.83 | 0.00 | 0.00 | |
| 06/19/2008 | EPR | OID:100070986-ComisaryPur | -47.18 | 24.83 | 0.00 | 0.00 | |
| 06/19/2008 | PAYROLL | WEST 06/18/2008 | 1.00 | 72.01 | 0.00 | 0.00 | |
| 06/12/2008 | EPR | OID:100070784-ComisaryPur | -52.24 | 71.01 | 0.00 | 0.00 | |
| 06/10/2008 | PHONE CARDS | D | -20.00 | 123.25 | 0.00 | 0.00 | |
| 06/05/2008 | EPR | OID:100070593-ComisaryPur | -65.22 | 143.25 | 0.00 | 0.00 | |
| 06/05/2008 | PHONE CARDS | D | -20.00 | 208.47 | 0.00 | 0.00 | |
| 06/03/2008 | PHONE CARDS | D | -60.00 | 228.47 | 0.00 | 0.00 | |
| 06/02/2008 | DEPCK | INTAKE 06/01/08   2570543 | 288.47 | 288.47 | 0.00 | 0.00 | |

3-31-09

BRIDGET HARRIS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 6/17/2012

# KILLMER, LANE & NEWMAN, LLP

ATTORNEYS AT LAW

1543 CHAMPA ST. • SUITE 400 • THE ODD FELLOWS HALL • DENVER, CO 80202
303.571.1000 • FAX: 303.571.1001 • www.killmerlane.com

Darold W. Killmer
David A. Lane*†
Mari Newman*
Sara J. Rich
Qusair Mohamedbhai†
Althea S. Licht*
Rebecca T. Wallace

March 6, 2008

**Solomon B Cohen MA (Cantab)**
ID L2580 Alien # 77 309 675
Aurora/ I.C.E. Processing Center
11901 E 30th Ave
Aurora, CO 80010-1525

Dear Mr. Cohen:

Thank you for your interest in our law firm. I have received more than one request from you regarding assistance with your situation. I would love to help you, however, I regret to inform you that I am unable to represent you at this time. Unfortunately, my caseload is quite large and I am not taking on any new cases.

Good luck in your efforts to find counsel. Thank you for your interest in retaining Killmer, Lane & Newman, LLP.

Very truly yours,

David A. Lane

DAL/ bd

*Also admitted to practice in California
†Also admitted to practice in New York
‡Also admitted to practice in Wyoming

66

# KILLMER, LANE & NEWMAN, LLP

ATTORNEYS AT LAW

1543 CHAMPA ST. • SUITE 400 • THE ODD FELLOWS HALL • DENVER, CO 80202
303.571.1000 • FAX: 303.571.1001 • www.killmerlane.com

Darold W. Killmer
David A. Lane*†
Mari Newman*
Sara J. Rich
Qusair Mohamedbhai‡
Althea S. Licht*
Rebecca T. Wallace

October 23, 2008

Solomon B. Cohen
ID L2580 Alien #77 309 675
Aurora/ I.C.E. Processing Center
11901 E30th Ave
Aurora, CO 80010-1525

RE: *Your Legal Situation*

Dear Mr. Cohen:

Thank you for your interest in our law firm. I regret to inform you that I am unable to represent you at this time. Unfortunately, my caseload is quite large and I am not taking on any new cases.

Good luck in your efforts to find counsel. Thank you for your interest in retaining Killmer, Lane & Newman, LLP.

Very truly yours,

David A. Lane

DAL/bd

*Also admitted to practice in California
†Also admitted to practice in New York
‡Also admitted to practice in Wyoming

SOLOMON BEN- TOV COHEN MA(*Cantab*) pro-se

ID L2580 ALIEN # 77 309 675

AURORA/ I.C.E.PROCESSING CENTER
11901 E30TH AVE
AURORA
CO 80010- 1525

Tel: (303) 361- 6612 West Core

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 3 2009

GREGORY C. LANGHAM
CLERK

LEGAL MAIL  **'09 - CV - 00844**

**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 7 2009

GREGORY C. LANGHAM
CLERK

Clerk of the Court
United States District Court
901 19th St Room A- 105
Denver
CO  80294-3589

April 5, 2009

**Re: New *Bivens'* Action**       COHEN v DELONG et al

Dear Clerk of the Court

Please find enclosed:-

1.  2 x 1915

2.  2 x Motion for the Appointment of Counsel

3.  Original Complaint, Certificate of Service and Exhibits 1-7

4.  3 Additional copies of Complaint- one for each Defendant

Please can you send me 50 Plaintiff Exhibit tags as facility where I am incarcerated does not provide them.

Thank you for your attention,

Sincerely

**Solomon B Cohen MA(*Cantab*)**
**pro- se**

*For Document submission in* '08-CV-01844-LTB-CBS

68

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00844-BNB

SOLOMON BEN-TOV COHEN,

      Plaintiff,

v.

ISAAC DELONG, Special Agent, F.B.I., Los Angeles, CA,
FEDERAL BUREAU OF INVESTIGATION, Los Angeles, State of California, and
FEDERAL BUREAU OF INVESTIGATION, Denver, State of Colorado,

      Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 04 2009**

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff Solomon Ben-Tov Cohen is being detained by immigration officials at the

Immigration and Customs Enforcement Detention Facility in Aurora, Colorado.  Mr.

Cohen has filed *pro se* a Prisoner Complaint alleging that his rights under the United

States Constitution have been violated.  Mr. Cohen also may be asserting a claim

pursuant to the Administrative Procedure Act (APA).  As relief he seeks damages and

an order directing the Federal Bureau of Investigation (FBI) to begin an investigation, to

certify to the Attorney General of the United States that Mr. Cohen is the victim of a

crime and is assisting the FBI's investigation of financial crimes, and to request that Mr.

Cohen's removal from the United States be stayed.

Mr. Cohen has been granted leave to proceed *in forma pauperis* pursuant to 28

U.S.C. § 1915.  Pursuant to § 1915(e)(2)(B)(i), the Court must dismiss the complaint at

any time if the claims asserted are frivolous.  A legally frivolous claim is one in which

the plaintiff asserts the violation of a legal interest that clearly does not exist or asserts facts that do not support an arguable claim. *See Neitzke v. Williams*, 490 U.S. 319, 324 (1989). For the reasons stated below, the Court will dismiss the complaint and the action as legally frivolous.

The Court must construe the complaint liberally because Mr. Cohen is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not be an advocate for a *pro se* litigant. *See id.*

Mr. Cohen contends that his constitutional rights to due process and equal protection have been violated because the FBI has failed to investigate or prosecute individuals who allegedly are committing criminal acts against Mr. Cohen. Mr. Cohen specifically alleges that Defendant Isaac Delong, an FBI special agent in Los Angeles, California, failed to take any action in response to an August 13, 2007, letter from Mr. Cohen requesting assistance regarding ongoing fraudulent acts. Mr. Cohen has named the Los Angeles field office of the FBI as a Defendant because that is where Special Agent Delong is assigned. Mr. Cohen alleges that the Denver, Colorado, field office of the FBI also has violated his rights to due process and equal protection because he has made numerous written and telephonic requests for assistance from the Denver field

2

office since December 2008 in an effort to prevent further fraud and those requests have gone unanswered.

Mr. Cohen asserts his due process and equal protection claims pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971). In order to succeed in a ***Bivens*** action, Mr. Cohen must demonstrate that federal officials violated his rights under the United States Constitution while acting under color of federal law. ***See Dry v. United States***, 235 F.3d 1249, 1255 (10th Cir. 2000). He may not assert his ***Bivens*** claims against the FBI itself or against Special Agent Delong in his official capacity. ***See Smith v. United States***, — F.3d —, 2009 WL 820177 (10th Cir. Mar. 31, 2009). Therefore, Mr. Cohen's constitutional claims for damages against Special Agent Delong in his official capacity and against the Los Angeles and Denver field offices of the FBI will be dismissed as legally frivolous.

Mr. Cohen's sole remaining claims for damages are asserted against Special Agent Delong in his individual capacity. As noted above, Mr. Cohen alleges in support of these claims that Special Agent Delong failed to take any action in response to an August 13, 2007, letter from Mr. Cohen requesting assistance regarding ongoing fraudulent acts. Although Mr. Cohen fails to allege any facts that demonstrate the Court has personal jurisdiction over Special Agent Delong, the Court also finds that Mr. Cohen's due process and equal protection claims against Special Agent Delong lack substantive merit.

The Constitution guarantees due process when a person is to be deprived of life, liberty, or property. ***See Templeman v. Gunter***, 16 F.3d 367, 369 (10th Cir. 1994). Mr.

Cohen fails to allege that he was deprived of life, liberty, or property by Special Agent Delong.  Mr. Cohen's equal protection claim fails because he does not allege that he was treated differently than any similarly situated individual.  *See City of Cleburne, Tex. v. Cleburne Living Ctr.*, 473 U.S. 432, 439 (1985); *Penrod v. Zavaras*, 94 F.3d 1399, 1406 (10th Cir. 1996).  Therefore, Mr. Cohen's constitutional claims against Special Agent Delong are legally frivolous and must be dismissed because Mr. Cohen fails to allege facts that might support an arguable claim.

As the Court indicated previously, Mr. Cohen also may be asserting a claim pursuant to the APA in this action.  The Court will assume that Mr. Cohen is asserting a claim under the APA because he asserts jurisdiction pursuant to the APA and he requests relief under the APA.  However, Mr. Cohen fails to assert any specific claim for relief under the APA.  Construing the complaint liberally, Mr. Cohen may be seeking to compel the FBI to investigate his allegations of fraud pursuant to 5 U.S.C. § 706(1), a provision of the APA that provides reviewing courts with the authority to "compel agency action unlawfully withheld or unreasonably delayed."  However, Mr. Cohen's liberally construed APA claim fails because § 706(1) does not apply to the extent the "agency action is committed to agency discretion by law."  5 U.S.C. § 701(a)(2).

It is beyond dispute that the Executive branch, which includes the FBI, has substantial discretion in enforcing the criminal laws of the federal government.  *See Liverman v. Bush*, 213 Fed. App'x 675, 676-77 (10th Cir. 2007).  "Thus, for example, the executive authority to investigate and prosecute illegal activity 'has long been regarded as a classic discretionary function' in Federal Tort Claims Act case law."  *Id.* at

677 n.1 (quoting *Sloan v. United States Dep't of Housing & Urban Dev.*, 236 F.3d

756, 760 (D.C. Cir. 2001)). The Court finds that Mr. Cohen's liberally construed APA

claim is legally frivolous and must be dismissed because his allegations that the FBI

has failed to respond to requests for assistance in investigating and prosecuting alleged

fraudulent activity will not support an arguable claim under the APA.

Finally, Mr. Cohen also has filed a Motion for the Appointment of Counsel. That

motion will be denied as moot because the Court has determined that Mr. Cohen's

claims in this action are legally frivolous. Accordingly, it is

ORDERED that the complaint and the action are dismissed as legally frivolous

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). It is

FURTHER ORDERED that the Motion for the Appointment of Counsel filed on

April 13, 2009, is denied as moot.

DATED at Denver, Colorado, this __/__ day of ___May___, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No.  09-cv-00844-BNB

Solomon Ben-Tov Cohen
Prisoner No. L2580
Alien No. 77309675
Aurora/ICE Processing Center
11901 East 30th Avenue
Aurora, CO 80010


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on **5/4/09**

GREGORY C. LANGHAM, CLERK

By:_____
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00844-ZLW

SOLOMON BEN-TOV COHEN,

    Plaintiff,

v.

ISAAC DELONG, Special Agent, F.B.I., Los Angeles, CA,
FEDERAL BUREAU OF INVESTIGATION, Los Angeles, State of California, and
FEDERAL BUREAU OF INVESTIGATION, Denver, State of Colorado,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by the Honorable Zita L. Weinshienk, Senior Judge, on _____ **May 4** _____, 2009, it is hereby

ORDERED that

Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this **4th** day of _____ **May** _____, 2009.

        FOR THE COURT,

        GREGORY C. LANGHAM, Clerk

        By: _____
            Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2009

GREGORY C. LANGHAM
CLERK

SOLOMON BEN- TOV COHEN pro-se

INMATE # 0016519  ALIEN # 77 309 675

Park County Jail
1180 County Road 16
P O Box 965
Fairplay
CO 80440

Tel: (719) 836- 2494

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 15 2009

GREGORY C. LANGHAM
CLERK
_____

LEGAL MAIL

Clerk of the Court
United States District Court
US Courthouse
901 19th St
Room A- 105
Denver
CO 80294-3589

May 13, 2009

**Re: Hon Judge Weinshienk, Senior Judge**

Dear Clerk of Court

I object to any further of my actions being drawn to the above named Judge.

How do I ask for this?

**Drawing of Cases**
I understand that according to the Court Rules, pro- se litigants have their cases
assigned to the same judge.

1. I argue that this is unfair.

2. That cases related to my application for Writ of habeas Corpus have been drawn
   to different judge, instead of to Hon Judge Babcock.

**Appeal**
I wish to Appeal dismissal of <u>Cohen v DeLong 09-cv-00844-ZLW</u>.

I need to file motion to proceed on Appeal in forma pauperis without being a prisoner.

The US Court of Appeals has a non- PLRA version. Please can this be sent to me as I
do not qualify as a prisoner.

1

*Letter to Clerk of the Court, US District Court/2*

My issues of Appeal are as follows:

THAT a different Judge would have decided the case differently:

Every single case drawn to Hon Judge Weinshienk has without proper consideration been DISMISSED.

Decision goes against precedent decisions of the court:

Decisions by F.B.I. whether or not to act is a discretionary decision over which Court has no jurisdiction. However, when F.B.I. failed to exercise discretion by not responding or giving a decision or in this case promising to send agents and failing to do so- THAT is within jurisdiction of the court.

Please send me the forms for this case.

**Complaint**

I wish to make a complaint about Hon Judge Weinshienk.

Is there a procedure under which another Judge ·reviews the Judge's decisions in all cases denied?

Attached is part of my complaint:    SENT    TO    US DEPT OF JUSTICE

WE ARE NO LONGER    ALLOWED    PENS.

I DON'T WANT JUDGE WEINSHIENK TO DISMISS MY KOSHER FOOD COMPLAINT (latest) THEY JUST GIVE 'SARDINES'.

SOLEMON B COHEN pro se

2

77

Case 1:09-cv-844   Document 9-2   Filed 05/15/2009   Page 1 of 1
Appellate Case: 09-1218   Document: 6   Date Filed: 05/26/2009   Page: 78

SOLOMON B COHEN pro se
00016519
PARK COUNTY JAIL
PO BOX 965
FAIRPLAY, CO 80440

09 CV 844 ZLW

LEGAL
MAIL

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
US COURT HOUSE
901   19TH ST
Room A-105
DENVER
CO 80294-3589

UNITED STATES POSTAGE
PITNEY BOWES
$ 00 1.44
3929441
MAILED FROM ZIP CODE 80

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 15 2009
GREGORY C. LANGHAM
CLERK

8029432500 C044

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00844-ZLW

SOLOMON BEN-TOV COHEN,

      Plaintiff,

v.

ISAAC DELONG, Special Agent, F.B.I., Los Angeles, CA,
FEDERAL BUREAU OF INVESTIGATION, Los Angeles, State of California, and
FEDERAL BUREAU OF INVESTIGATION, Denver, State of Colorado,

      Defendants.

---

### ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

---

Weinshienk, Senior Judge

      Plaintiff has submitted a Notice of Appeal.  Plaintiff previously was allowed to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this court in this action.  The court has examined the file and has determined that leave to proceed *in forma pauperis* on appeal must be denied.  Pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, the court finds that this appeal is not taken in good faith because plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

      ORDERED that leave to proceed *in forma pauperis* on appeal is denied because this appeal is not taken in good faith.

      DATED at Denver, Colorado this 21st day of May, 2009.

                    BY THE COURT:

                    _Zita L. Weinshienk_
                    ZITA L. WEINSHIENK, Senior Judge
                    United States District Court